IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., et al.<br><br>Defendants. | **Civil Action No.**<br><br>Case: 1:08-cv-00432<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 3/12/2008<br>Description: Antitrust |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of any Plaintiff. These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 12, 2008

    William A. Isaacson (DC Bar No. 414788)
    Tanya Chutkan (DC Bar No. 420478)
    Jonathan Shaw (DC Bar No. 446249)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW
    Washington, DC 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131

    Jonathan W. Cuneo (DC Bar No. 939389)
    Daniel M. Cohen (DC Bar No. 470056)
    CUNEO GILBERT & LADUCA, LLP
    507 C Street NE
    Washington, D.C. 20002
    Telephone: (202) 789-3960
    Facsimile: (202) 789-1813

    Joel Davidow (DC Bar No. 50849)
    Clifford K. Williams
    KILE GOEKJIAN REED & McMANUS PLLC
    1200 New Hampshire Avenue, NW
    Suite 570
    Washington, DC 20036
    Telephone: (202) 659-8000
    Facsimile: (202) 659-8822

    Allen Black
    Roberta Liebenberg
    Donald Perelman
    FINE KAPLAN & BLACK, RPC
    1835 Market Street
    28th Floor
    Philadelphia, PA 19103
    Telephone: (215) 567-6565
    Facsimile: (215) 568-5872

    Samuel D. Heins
    Vincent J. Esades
    HEINS MILLS & OLSON
    310 Clifton Avenue
    Minneapolis, MN 55403
    Telephone: (612) 338-4605
    Facsimile: (612) 338-4692

By: _/s/ Michael D. Hausfeld_
Michael D. Hausfeld (DC Bar No. 153742)
Richard A. Koffman (DC Bar No. 461145)
Megan E. Jones (DC Bar No. 467255)
Christopher J. Cormier (DC Bar No. 496384)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
One Embarcadero Plaza
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Carol V. Gilden
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701
Telephone: (716) 664-2967
Facsimile: (716) 664-2983

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone:   (415) 421-3400
Facsimile:     (415) 421-2234

Steven Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102
Telephone:   (215) 564-5182
Facsimile:    (215) 569-0958

Precious Martin Senior
PRECIOUS MARTIN SENIOR &
ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MI 39205-0373
Telephone: (601) 944-1447
Facsimile:  (601) 944-1448

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401
Telephone: (843) 723-9804
Facsimile:   (843) 723-7446

Steven A. Kanner
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015
Telephone:  (224) 224-632-4500
Facsimile:    (224)  632-4521

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211
Telephone:  (601) 977-5253
Facsimile:    (601)  977-5236

Joe R. Whatley Jr.
WHATLEY DRAKE & KALLAS LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

Stephen Neuwirth
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for One or More Individual Plaintiffs