# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., : | |
| : | Civil Case No. 08-0432 (EGS) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| WACHOVIA BANK N.A., et al. : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael D. Hausfeld as counsel in this case for: Plaintiff Fairfax County, Virginia; Plaintiff State of Mississippi; Plaintiff City of Chicago, Illinois; Plaintiff City of Fall River, Massachusetts; Plaintiff Charleston County School District, South Carolina; Plaintiff Berkeley County, South Carolina; and Plaintiff Alabama State University.


Date: March 14, 2008         */s/ Michael D. Hausfeld*
                                                                          Michael D. Hausfeld (DC Bar No. 153742)
                                                                          Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                                                          1100 New York Avenue, N.W.
                                                                          Suite 500, West Tower
                                                                          Washington, DC  20005
                                                                          Telephone:  (202) 408-4600
                                                                          Facsimile:  (202) 408-4699

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Appearance was served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON &
 MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211

 WACHOVIA BANK N.A.
 301 S. College Street, Suite 4000
 One Wachovia Center
 Charlotte, NC  28288-0013

 AIG FINANCIAL PRODUCTS CORP.
 50 Danbury Road
 Wilton, CT  06897

 BEAR, STEARNS & CO., INC.
 383 Madison Avenue
 New York, NY  10179

 FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.
 31 West 52nd Street
 New York, NY  10019

 FINANCIAL SECURITY ASSURANCE, INC.
 31 West 52nd Street
 New York, NY  10019

 FINANCIAL GUARANTY INSURANCE COMPANY
 125 Park Avenue
 New York, NY  10017

TRINITY FUNDING CO. LLC
335 Madison Avenue, 11th Floor
New York, NY  10017

GE FUNDING CAPITAL MARKET SERVICES, INC.
335 Madison Avenue, 11th Floor
New York, NY  10017

GENWORTH FINANCIAL INC.
6620 W. Broad Street
Richmond, VA  23230

NATIXIS S.A.
45 rue Saint-Dominique
75007 Paris, France

JP MORGAN CHASE & CO.
270 Park Avenue
New York, NY  10017

PIPER JAFFRAY & CO.
800 Nicollet Mall, Suite 800
Minneapolis, MN  55402-7020

SOCIÉTÉ GÉNÉRALE SA
29 Boulevard Haussmann
75009 Paris, France

AIG SUNAMERICA LIFE ASSURANCE CO.
1 SunAmerica Center
Los Angeles, CA  90067-6022

UBS AG
Bahnhofstrasse 45
CH-8098 Zurich, Switzerland

SECURITY CAPITAL ASSURANCE INC.
A.S. Cooper Building, 26 Reid Street, 4th Floor
Hamilton, HM 11, Bermuda

XL ASSET FUNDING LLC
20 N. Martingale Road, Suite 200
Schaumburg, IL  60173-2415

XL LIFE INSURANCE & ANNUITY COMPANY
20 N. Martingale Road, Suite 200
Schaumburg, IL  60173-2415

LEHMAN BROTHERS INC.
745 Seventh Avenue
New York, NY  10019

MERRILL LYNCH & CO, INC.
4 World Financial Center
250 Vesey Street
New York, NY  10080

MORGAN STANLEY
1585 Broadway
New York, NY  10036

NATIONAL WESTMINSTER BANK PLC
135 Bishopsgate
London
EC2M 3UR, England

NATIXIS FUNDING CORP.
9 West 57th Street, 36th Floor
New York, NY  10019

INVESTMENT MANAGEMENT ADVISORY GROUP, INC.
886 Vaughn Road
Pottstown, PA  19465

CDR FINANCIAL PRODUCTS
9777 Wilshire Boulevard, Suite 800
Beverly Hills, CA  90212

FELD WINTERS FINANCIAL LLC
15260 Ventura Boulevard, Suite 2220
Sherman Oaks, CA  91403

WINTERS & CO. ADVISORS, LLC
11845 W. Olympic Boulevard, Suite 540
Los Angeles, CA  90064

FIRST SOUTHWEST COMPANY
325 N. St. Paul Street, Suite 800
Dallas, TX  75201

GEORGE K. BAUM & CO.
4801 Main Street, Suite 500
Kansas City, MO  64112

KINSELL NEWCOMB & DE DIOS INC.
2776 Gateway Road
Carlsbad, CA  92009

PACKERKISS SECURITIES, INC.
Fifteen North East Fourth Street, Suite A
Delray Beach, FL  33444

SHOCKLEY FINANCIAL CORP.
2229 S. Joliet Way
Aurora, CO  80014

SOUND CAPITAL MANAGEMENT, INC.
6400 Flying Cloud Drive, Suite 210
Eden Prairie, MN  55344

CAIN BROTHERS & CO., LLC
360 Madison Avenue, 5th Floor
New York, NY  10017

MORGAN KEEGAN & CO., INC.
50 N. Front Street
Memphis, TN  38103

MGIC
250 E. Kilbourn Avenue
Milwaukee, WI  53202

Date:  March 14, 2008                             */s/ Connie Warner*
                                                  Connie Warner