CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIRFAX COUNTY, VA, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-432 (RMC) |
| | ) | |
| BANK OF AMERICA, ET AL. | ) | Category   A |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on March 20, 2008 from Judge Emmet G. Sullivan to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Sullivan & Courtroom Deputy
     Judge Collyer & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk