## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., | : |
| Plaintiffs, | : Civil Case No. 08-0432 (RMC) |
| v. | : |
| WACHOVIA BANK N.A., et al., | : |
| Defendants. | : |

### NOTICE OF WITHDRAWAL AS PLAINTIFF OF ALABAMA STATE UNIVERSITY

Alabama State University ("Alabama State"), by and through its undersigned counsel, hereby files this Notice of Withdrawal as Plaintiff in this litigation and states:

1. Alabama State hereby files formal notice that it does not presently intend to pursue this matter as a named plaintiff and seek certification as a class representative.

2. This withdrawal is without prejudice to Alabama State's right as a putative class member to file a claim against any fund arising out of any recovery that may be had in this action.

Dated: March 20, 2008

    William A. Isaacson (DC Bar No. 414788)
    Tanya Chutkan (DC Bar No. 420478)
    Jonathan Shaw (DC Bar No. 446249)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW
    Washington, DC 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131

    Jonathan W. Cuneo (DC Bar No. 939389)
    Daniel M. Cohen (DC Bar No. 470056)
    CUNEO GILBERT & LADUCA, LLP
    507 C Street NE
    Washington, D.C. 20002
    Telephone: (202) 789-3960
    Facsimile: (202) 789-1813

    Joel Davidow (DC Bar No. 50849)
    Clifford K. Williams
    KILE GOEKJIAN REED & McMANUS PLLC
    1200 New Hampshire Avenue, NW
    Suite 570
    Washington, DC 20036
    Telephone: (202) 659-8000
    Facsimile: (202) 659-8822

    Allen Black
    Roberta Liebenberg
    Donald Perelman
    FINE KAPLAN & BLACK, RPC
    1835 Market Street
    28th Floor
    Philadelphia, PA 19103
    Telephone: (215) 567-6565
    Facsimile: (215) 568-5872

    Samuel D. Heins
    Vincent J. Esades
    HEINS MILLS & OLSON
    310 Clifton Avenue
    Minneapolis, MN 55403
    Telephone: (612) 338-4605
    Facsimile: (612) 338-4692

By: /s/ *Michael D. Hausfeld*
    Michael D. Hausfeld (DC Bar No. 153742)
    Richard A. Koffman (DC Bar No. 461145)
    Megan E. Jones (DC Bar No. 467255)
    Christopher J. Cormier (DC Bar No. 496384)
    COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600
    Facsimile: (202) 408-4699

    Michael P. Lehmann
    Christopher L. Lebsock
    Jon T. King
    COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
    One Embarcadero Plaza
    San Francisco, CA 94111
    Telephone: (415) 229-2080
    Facsimile: (415) 986-3643

    Robert G. Eisler
    COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
    150 East 52nd Street
    Thirtieth Floor
    New York, NY 10022
    Telephone: (212) 838-7797
    Facsimile: (212) 838-7745

    Carol V. Gilden
    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
    190 South LaSalle Street
    Suite 1705
    Chicago, IL 60603
    Telephone: (312) 357-0370
    Facsimile: (312) 357-0369

    Arthur N. Bailey
    ARTHUR N. BAILEY & ASSOCIATES
    111 West Second Street, Suite 4500
    Jamestown, NY 14701
    Telephone: (716) 664-2967
    Facsimile: (716) 664-2983

| | |
|---|---|
| Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 421-3400<br>Facsimile:    (415) 421-2234 | Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC 29401<br>Telephone: (843) 723-9804<br>Facsimile:  (843) 723-7446 |
| Steven Greenfogel<br>MEREDITH COHEN GREENFOGEL &<br>SKIRNICK, P.C.<br>1521 Locust St., 8th Floor<br>Philadelphia, PA 19102<br>Telephone:  (215) 564-5182<br>Facsimile:   (215)  569-0958 | Steven A. Kanner<br>FREED KANNER LONDON &<br> MILLEN LLC<br>2201 Waukegan Rd.,<br>Suite 130<br>Bannockburn, IL 60015<br>Telephone:  (224) 224-632-4500<br>Facsimile:   (224)  632-4521 |
| Precious Martin Senior<br>PRECIOUS MARTIN SENIOR &<br>ASSOCIATES PLLC<br>821 North Congress St.<br>P.O. Box  373<br>Jackson, MS  39205-0373<br>Telephone: (601) 944-1447<br>Facsimile:  (601) 944-1448 | Brent Hazzard<br>HAZZARD LAW, LLC<br>6360 I 55 N<br>Suite 340<br>Jackson, MS  39211<br>Telephone:  (601) 977-5253<br>Facsimile:   (601)  977-5236 |
| Arnold Levin<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia , Pennsylvania 19106-3697<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663 | |
| Brian K. Herrington<br>BRENT COON & ASSOCIATES<br>6360 I-55 North<br>Suite 340<br>Jackson, MS 39211<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663 | |

                                                     Attorneys for One or More Individual Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Withdrawal was served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box  373
Jackson, MS 39205-0373

WACHOVIA BANK N.A.
301 S. College Street, Suite 4000
One Wachovia Center
Charlotte, NC  28288-0013

AIG FINANCIAL PRODUCTS CORP.
50 Danbury Road
Wilton, CT  06897

BEAR, STEARNS & CO., INC.
383 Madison Avenue
New York, NY  10179

FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.
31 West 52nd Street
New York, NY  10019

FINANCIAL SECURITY ASSURANCE, INC.
31 West 52nd Street
New York, NY  10019

FINANCIAL GUARANTY INSURANCE COMPANY
125 Park Avenue
New York, NY  10017

TRINITY FUNDING CO. LLC
335 Madison Avenue, 11th Floor
New York, NY  10017

GE FUNDING CAPITAL MARKET SERVICES, INC.
335 Madison Avenue, 11th Floor
New York, NY  10017

GENWORTH FINANCIAL INC.
6620 W. Broad Street
Richmond, VA  23230

NATIXIS S.A.
45 rue Saint-Dominique
75007 Paris, France

JP MORGAN CHASE & CO.
270 Park Avenue
New York, NY  10017

PIPER JAFFRAY & CO.
800 Nicollet Mall, Suite 800
Minneapolis, MN  55402-7020

SOCIÉTÉ GÉNÉRALE SA
29 Boulevard Haussmann
75009 Paris, France

AIG SUNAMERICA LIFE ASSURANCE CO.
1 SunAmerica Center
Los Angeles, CA  90067-6022

UBS AG
Bahnhofstrasse 45
CH-8098 Zurich, Switzerland

SECURITY CAPITAL ASSURANCE INC.
A.S. Cooper Building, 26 Reid Street, 4th Floor
Hamilton, HM 11, Bermuda

XL ASSET FUNDING LLC
20 N. Martingale Road, Suite 200
Schaumburg, IL  60173-2415

XL LIFE INSURANCE & ANNUITY COMPANY
20 N. Martingale Road, Suite 200
Schaumburg, IL  60173-2415

LEHMAN BROTHERS INC.
745 Seventh Avenue
New York, NY  10019

MERRILL LYNCH & CO, INC.
4 World Financial Center
250 Vesey Street
New York, NY  10080

MORGAN STANLEY
1585 Broadway
New York, NY  10036

NATIONAL WESTMINSTER BANK PLC
135 Bishopsgate
London
EC2M 3UR, England

NATIXIS FUNDING CORP.
9 West 57th Street, 36th Floor
New York, NY  10019

INVESTMENT MANAGEMENT ADVISORY GROUP, INC.
886 Vaughn Road
Pottstown, PA  19465

CDR FINANCIAL PRODUCTS
9777 Wilshire Boulevard, Suite 800
Beverly Hills, CA  90212

FELD WINTERS FINANCIAL LLC
15260 Ventura Boulevard, Suite 2220
Sherman Oaks, CA  91403

WINTERS & CO. ADVISORS, LLC
11845 W. Olympic Boulevard, Suite 540
Los Angeles, CA  90064

FIRST SOUTHWEST COMPANY
325 N. St. Paul Street, Suite 800
Dallas, TX  75201

GEORGE K. BAUM & CO.
4801 Main Street, Suite 500
Kansas City, MO  64112

KINSELL NEWCOMB & DE DIOS INC.
2776 Gateway Road
Carlsbad, CA  92009

PACKERKISS SECURITIES, INC.
Fifteen North East Fourth Street, Suite A
Delray Beach, FL  33444

SHOCKLEY FINANCIAL CORP.
2229 S. Joliet Way
Aurora, CO  80014

SOUND CAPITAL MANAGEMENT, INC.
6400 Flying Cloud Drive, Suite 210
Eden Prairie, MN  55344

CAIN BROTHERS & CO., LLC
360 Madison Avenue, 5th Floor
New York, NY  10017

MORGAN KEEGAN & CO., INC.
50 N. Front Street
Memphis, TN  38103

MGIC
250 E. Kilbourn Avenue
Milwaukee, WI  53202

Date:  March 20, 2008                                  */s/ Connie Warner*
                                                       Connie Warner