CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VA, ET AL. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-432 (JR) |
| ) | |
| PACKERKISS SECURITIES, ) | Category   A |
| INC., ET AL. ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>March 28, 2008</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                                          JUDGE ELLEN S. HUVELLE
                                                        Chair, Calendar and Case
                                                        Management Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
      <u>Judge Collyer</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk