IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>Defendants. | Civil Case No.: 08-cv-0432 (JR) |

**MOTION FOR ADMISSION OF DYLAN J. MCFARLAND *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Dylan J. McFarland, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of Fairfax County, Virginia in the above-captioned case. In support of this motion, Mr. McFarland provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached.

Respectfully submitted on this 31st day of March, 2008.

/s/ Richard A. Koffman
Richard A. Koffman (DC Bar No. 461145)
COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, D.C. 20005
Phone: (202) 408-4600
Fax:    (202) 408-4699

64771.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>        Plaintiffs,<br><br>        v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>        Defendants. | Case: 08-cv-0432 (JR) |

### DECLARATION OF DYLAN J. MCFARLAND IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Dylan J. McFarland, make the following declaration pursuant to 28 U.S.C. § 1746.

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am an officer of the law firm of Heins Mills & Olson, P.L.C., and counsel for Plaintiffs. My office address is 310 Clifton Avenue, Minneapolis, MN 55403. My business telephone number is (612) 338-4605.

3. I am a member of the Minnesota State Bar, No. 012543X. I am also admitted to the Bar of the U.S. District Court for the District of Minnesota, and the U.S. Court of Appeals for the Second and Eighth Circuits.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of

64858.1

the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone number of the sponsoring attorney of record for Plaintiffs is:

>Richard A. Koffman (DC Bar No. 461145)
>COHEN MILSTEIN HAUSFELD
>& TOLL, P.L.L.C.
>1100 New York Avenue N.W.
>West Tower, Suite 500
>Washington, D.C. 20005
>Phone: (202) 408-4600
>Fax:   (202) 408-4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of March, 2008, at Minneapolis, Minnesota.

>/s/ Dylan J. McFarland
>Dylan J. McFarland (MN #012543X)
>HEINS MILLS & OLSON, P.L.C.
>310 Clifton Avenue
>Minneapolis, MN 55403
>Phone: (612) 338-4605
>Fax:   (612) 338-4692

64858.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>Defendants. | Case: 08-cv-0432 (JR) |

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Dylan J. McFarland *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declarations.

IT IS, this _____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

 

The Honorable James Robertson
United States District Judge

64859.1