IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA BANK, N.A., *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-000432 (JR) |

## MOTION FOR ADMISSION OF MICHAEL P. LEHMANN *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Michael P. Lehmann, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, Mr. Lehmann provides his declaration, attached as Exhibit A.

IMANAGE 358976.1

- 1 -

Respectfully submitted on this 1st day of April, 2008.

                                        /s/ Richard A. Koffman
                                        Michael D. Hausfeld (D.C. Bar No. 153742)
                                        Richard A. Koffman (D.C. Bar No. 461145)
                                        Megan E. Jones (D.C. Bar No. 467255)
                                        Christopher J. Cormier (D.C. Bar No. 496384)
                                        Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                        1100 New York Avenue NW
                                        Suite 500, West Tower
                                        Washington, D.C. 20005
                                        Phone: 202.408.4600
                                        Fax: 202.408.4699

IMANAGE 358976.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>    Plaintiffs,<br><br>  v.<br><br>WACHOVIA BANK, N.A., *et al.*,<br><br>    Defendants. | Civil Action No. 1:08-cv-000432 (JR) |

## DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael P. Lehmann, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner at the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina ("Plaintiffs") in the above-captioned case. My office address is One Embarcadero Center, Suite 2440, San Francisco, CA 94111. My business telephone is (415) 229-2080.

3. I am a member of the California State Bar, No. 77152. I am also admitted to the Bars of the United States Supreme Court; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the D.C. Circuit; and the United States District

Court for the Northern District of California.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of March, 2008, at San Francisco, California.

_____
Michael P. Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Phone:      (415) 229-2080
Facsimile:  (415) 986-3643

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Michael P. Lehmann *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                    The Honorable John Robertson
                                                    Judge, U.S.D.C. District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motions for Admission Pro Hac Vice for Michael P. Lehmann, Christopher Lebsock, and Jon T. King were served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

1

358515.1 1

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS 39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MS 39205-0373

WACHOVIA BANK N.A.
301 S. College Street, Suite 4000
One Wachovia Center
Charlotte, NC 28288-0013

AIG FINANCIAL PRODUCTS CORP.
50 Danbury Road
Wilton, CT 06897

BEAR, STEARNS & CO., INC.
383 Madison Avenue
New York, NY 10179

FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.
31 West 52nd Street
New York, NY 10019

FINANCIAL SECURITY ASSURANCE, INC.
31 West 52nd Street

358515.1 1

New York, NY 10019

FINANCIAL GUARANTY INSURANCE COMPANY
125 Park Avenue
New York, NY 10017

TRINITY FUNDING CO. LLC
335 Madison Avenue, 11th Floor
New York, NY 10017

GE FUNDING CAPITAL MARKET SERVICES, INC.
335 Madison Avenue, 11th Floor
New York, NY 10017

GENWORTH FINANCIAL INC.
6620 W. Broad Street
Richmond, VA 23230

NATIXIS S.A.
45 rue Saint-Dominique
75007 Paris, France

JP MORGAN CHASE & CO.
270 Park Avenue
New York, NY 10017

PIPER JAFFRAY & CO.
800 Nicollet Mall, Suite 800
Minneapolis, MN 55402-7020

SOCIETE GENERALE SA
29 Boulevard Haussmann
75009 Paris, France

AIG SUNAMERICA LIFE ASSURANCE CO.
1 SunAmerica Center
Los Angeles, CA 90067-6022

UBS AG
Bahnhofstrasse 45
CH-8098 Zurich, Switzerland

SECURITY CAPITAL ASSURANCE INC.
A.S. Cooper Building, 26 Reid Street, 4th Floor
Hamilton, HM 11, Bermuda

3

XL ASSET FUNDING LLC
20 N. Martingale Road, Suite 200
Schaumburg, IL 60173-2415

XL LIFE INSURANCE & ANNUITY COMPANY
20 N. Martingale Road, Suite 200
Schaumburg, IL 60173-2415

LEHMAN BROTHERS INC.
745 Seventh Avenue
New York, NY 10019

MERRILL LYNCH & CO, INC.
4 World Financial Center
250 Vesey Street
New York, NY 10080

MORGAN STANLEY
1585 Broadway
New York, NY 10036

NATIONAL WESTMINSTER BANK PLC
135 Bishopsgate
London
EC2M 3UR, England

NATIXIS FUNDING CORP.
9 West 57th Street, 36th Floor
New York, NY 10019

INVESTMENT MANAGEMENT ADVISORY
GROUP, INC.
886 Vaughn Road
Pottstown, PA 19465

CDR FINANCIAL PRODUCTS
9777 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90212

FELD WINTERS FINANCIAL LLC
15260 Ventura Boulevard, Suite 2220
Sherman Oaks, CA 91403

WINTERS & CO. ADVISORS, LLC
11845 W. Olympic Boulevard, Suite 540
Los Angeles, CA 90064

358515.1 1

FIRST SOUTHWEST COMPANY
325 N. St. Paul Street, Suite 800
Dallas, TX 75201

GEORGE K. BAUM & CO.
4801 Main Street, Suite 500
Kansas City, MO 64112

KINSELL NEWCOMB & DE DIOS INC.
2776 Gateway Road
Carlsbad, CA 92009

PACKERKISS SECURITIES, INC.
Fifteen North East Fourth Street, Suite A
Delray Beach, FL 33444

SHOCKLEY FINANCIAL CORP.
2229 S. Joliet Way
Aurora, CO 80014

SOUND CAPITAL MANAGEMENT, INC.
6400 Flying Cloud Drive, Suite 210
Eden Prairie, MN 55344

CAIN BROTHERS & CO., LLC
360 Madison Avenue, 5th Floor
New York, NY 10017

MORGAN KEEGAN & CO., INC.
50 N. Front Street
Memphis, TN 38103


Date: April 1, 2008                                    /s/ Linda Aono
                                                       Linda Aono