UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, STATE OF
MISSISSIPPI, CITY OF FALL RIVER,
MASSACHUSETTS, and CHARLESTON
COUNTY SCHOOL DISTRICT, SOUTH
CAROLINA, on behalf of themselves and all
other similarly situated entities,

No. 08 Civ. 432 (JR)

                    Plaintiffs,

v.

WACHOVIA BANK N.A., AIG FINANCIAL
PRODUCTS CORP., BEAR, STEARNS & CO.,
INC., FINANCIAL SECURITY ASSURANCE
HOLDINGS LTD., FINANCIAL SECURITY
ASSURANCE INC., FINANCIAL GUARANTY
INSURANCE COMPANY, TRINITY FUNDING
CO. LLC, GE FUNDING CAPITAL MARKET
SERVICES, INC., GENWORTH FINANCIAL
INC., NATIXIS S.A., PIPER JAFFRAY & CO.,
SOCIETE GENERALE SA, AIG
SUNAMERICA LIFE ASSURANCE CO., UBS
AG, SECURITY CAPITAL ASSURANCE INC.,
XL ASSET FUNDING LLC, XL LIFE
INSURANCE & ANNUITY COMPANY,
LEHMAN BROTHERS INC., MERRILL
LYNCH & CO., INC., MORGAN STANLEY,
NATIONAL WESTMINSTER BANK PLC,
NATIXIS FUNDING CORP., INVESTMENT
MANAGEMENT ADVISORY GROUP, INC.,
CDR FINANCIAL PRODUCTS, FELD
WINTERS FINANCIAL LLC, WINTERS & CO.
ADVISORS, LLC, FIRST SOUTHWEST
COMPANY, GEORGE K. BAUM & CO.,
KINSELL NEWCOMB & DE DIOS INC.,
PACKERKISS SECURITIES, INC.,
SHOCKLEY FINANCIAL CORP., SOUND
CAPITAL MANAGEMENT, INC., CAIN
BROTHERS & CO., LLC, MORGAN KEEGAN
& CO., INC.

and

JPMORGAN CHASE & CO.
270 Park Avenue
New York, New York 10017,

                    Defendants.

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Peter C. Thomas, Esq., with the firm of Simpson Thacher

& Bartlett LLP, with offices at 601 Pennsylvania Avenue, N.W., Washington, D.C. 20004,

hereby appears as counsel on behalf of Defendant JPMorgan Chase & Co., in the above

captioned action.


Date:  Washington, D.C.
       April 8, 2008


                              SIMPSON THACHER & BARTLETT LLP


                              By _____/s/ Peter C. Thomas_____
                                Peter C. Thomas (DC Bar No. 495928)
                                601 Pennsylvania Avenue, N.W.
                                North Building, 10th Floor
                                Washington, D.C. 20004
                                pthomas@stblaw.com
                                (202) 220-7700

                                *Attorneys for defendant JPMorgan Chase & Co.*

## CERTIFICATE OF SERVICE

I, Steven Metro, hereby certify that on this 8th day of April, 2008, served by first class mail, postage prepaid, a true and correct copy of Defendant JPMorgan Chase & Co's Notice of Appearance, Corporate Disclosure Statement and Agreed Motion with Proposed Order on the attached service list.

STEVEN METRO

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
**Service List**

**Plaintiffs**

---

Michael D. Hausfeld
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL,
PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

Michael P . Lehmann
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEiN, HAUSFELD & TOLL
P.L.L.C .
One Embarcadero Plaza
San Francisco, CA 9411 1

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L .L .C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022

Carol V. Gilden

COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
190 South LaSalle Stree t
Suite 1705
Chicago, IL 60603

**FAIRFAX COUNTY, VIRGINIA; CITY OF
CHICAGO, ILLINOIS**

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street N E
Washington, D .C . 20002

Allan Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadephia, PA 19106-3697

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

Michael D. Hausfeld                          **STATE OF MISSISSIPPI**
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL,
PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

William A. Isaacson
Tanya Chutkan
Jonathan Shaw
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue
Washington, DC 20015

Brett Hazzard
HAZZARD LAW, LLC
6360 I 55 N, Suite 340
Jackson, MS 39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress Street
P.O. Box 373
Jackson, MI 39205-0373

Brian K. Herrington
BRENT COON & ASSOCIATES
6060 I-55 North, Suite 340
Jackson, MI 39211

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
### Service List

Michael D. Hausfeld
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

Joel Davidow
KILE GOEKJIAN REED & MCMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

**CITY OF FALL RIVER, MASSACHUSETTS**

Michael D. Hausfeld
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

**CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA**

Roland G. Riopelle
SERCARZ & RIOPELLE LLP
152 West 57th Street
Suite 24C
New York, NY 10019

**HINDS COUNTY, MISSISSIPPI**

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
**Service List**

**Defendants**

---

Julia Jordan
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5805

David B. Tulchin
Karen Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498

**WACHOVIA BANK, N.A.**

Robert Hotz
Joseph Sorkin
Richard Zabel
AKIN GUMP STRAUSS HAUER & FELD
LLP
590 Madison Avenue
New York, NY 10022-2524

**AIG FINANCIAL PRODUCTS CORP.**

Ben Duke
Nancy Kastenbaum
Anna Lumelsky
Aaron Marcu
Kimberly Zelnick
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

**BEAR, STEARNS & CO., INC.**

Robert D. Wick
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

5

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
**Service List**

Anita Stork
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356

Joseph Bial                                      **FINANCIAL SECURITY ASSURANCE**
                                                 **HOLDINGS, LTD**
CADWALADER WICKERSHAM & TAFT
LLP                                              **FINANCIAL SECURITY ASSURANCE, INC.**
1201 F Street, NW
Washington, DC 20004

FINANCIAL GUARANTY INSURANCE CO.   **FINANCIAL GUARANTY INSURANCE**
                                                 **COMPANY**
125 Park Avenue                                  No Counsel of Record
New York, NY 10017

David Eggert                                     **TRINITY FUNDING CO. LLC**
Jon Nathan
Laura Taylor
Douglas Wald
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Craig Stewart
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022-4690

GE FUNDING CAPITAL MARKET            **GE FUNDING CAPITAL MARKET SERVICES,**
SERVICES, INC.                                   **INC.**
335 Madison Avenue, 11th Floor                   No Counsel of Record
New York, NY 1001 7

6

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Neil K. Gilman                                    **GENWORTH FINANCIAL INC.**
R. Hewitt Pate
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC 20006

Peggy Chen                                        **NATIXIS S.A.**
Paul Corcoran                                     **NATIXIS FUNDING CORP.**
Bruce Ginsberg
James Levine
Howard J. Rubin
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019

PIPER JAFFRAY & CO.                               **PIPER JAFFRAY & CO.**
800 Nicollet Mall
Suite 800
Minneapolis, MN 55402-7020

Mathew Ingber                                     **SOCIETE GENERALE SA**
Paula Garrett Lin
Richard Steuer
Michael Ware
Steven Wolowitz
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

Jay Tharp
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
**Service List**

Robert Hotz                                      **AIG SUNAMERICA LIFE ASSURANCE CO.**
Joseph Sorkin
Richard Zabel
AKIN GUMP STRAUSS HAUER & FELD
LLP
590 Madison Avenue
New York, NY 10022-2524


Jon Fetterolf                                    **UBS AG**
Steven Kuney
Christopher Manning
Jesse Smallwood
David Zinn
WILLIAMS & CONNOLLY
725 12th Street, NW
Washington, DC 20005


SECURITY CAPITAL ASSURANCE, INC.                **SECURITY CAPITAL ASSURANCE INC.**
A.S. Cooper Building                             No Counsel of Record
26 Reid Street
4th Floor
Hamiton, HM 11, Bermuda


Robert A. Alessi                                 **XL ASSET FUNDING LLC**
CAHILL GORDON & REINDEL LLP
                                                 **XL LIFE INSURANCE & ANNUITY COMPANY**
Eighty Pine Street
New York, NY 10005-1702


LEHMAN BROTHERS, INC.                            **LEHMAN BROTHERS INC.**
745 Seventh Avenue                               No Counsel of Record
New York, NY 10019

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

MERRILL LYNCH & CO.
4 World Financial Center
250 Vesey Street
New York, NY 10080

**MERRILL LYNCH & CO, INC.**
No Counsel of Record

Paul Eckles
Shep Goldfein
James Keyte
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

**MORGAN STANLEY**

Colleen Mahoney
Quattrone, Robyn
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005

NATIONAL WESTMINSTER BANK PLC
135 Bishopsgate
London
EC2M 3 UR, England

**NATIONAL WESTMINSTER BANK PLC**
No Counsel of Record

INVESTMENT MANAGEMENT ADVISORY
GROUP, INC.
886 Vaughn Road
Pottstown, PA 19465

**INVESTMENT MANAGEMENT ADVISORY
GROUP, INC.**
No Counsel of Record

CAIN BROTHERS & CO., LLC
360 Madison Avenue
5th Floor
New York, NY 10017

**CAIN BROTHERS & CO., LLC**
No Counsel of Record

9

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Richard W. Beckler
Joseph Walker
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004

Amory Donelly
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022

FELD WINTERS FINANCIAL, LLC
15260 Ventura Blvd.
Suite 2220
Sherman Oaks, CA 91403

Gary Licenberg
Mark Masters
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS & LICENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Brian E. Robison
VINSON & ELKINS LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

GEORGE K. BAUM & CO.
4801 Main Street
Suite 500
Kansas City, MO 64112

**CDR FINANCIAL PRODUCTS**

**FELD WINTERS FINANCIAL LLC**
No Counsel of Record

**WINTERS & CO. ADVISORS, LLC**

**FIRST SOUTHWEST COMPANY**

**GEORGE K. BAUM & CO.**
No Counsel of Record

10

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
**Service List**

KINSELL NEWCOMB & DE DIOS, INC.
2776 Gateway Road
Carlsbad, CA 92009

**KINSELL NEWCOMB & DE DIOS INC.**
No Counsel of Record


PACKERKISS SECURITES, INC.
Fifteen North East Fourth Street
Suite A
Delray Beach, FL 33444

**PACKERKISS SECURITIES, INC.**
No Counsel of Record


Daniel Kaplan
PERRY, GUTHERY, HAASE & GESSFORD
P.C., LLO
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508

**SHOCKLEY FINANCIAL CORP.**


John Lundquist
Nicole Moen
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

**SOUND CAPITAL MANAGEMENT, INC.**


Joseph D. Edmondson
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007

**MORGAN KEEGAN & CO., INC.**