UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

– – – – – – – – – – – – – – – – – – – – – x

FAIRFAX COUNTY, VIRGINIA, et al., etc.,   :

                Plaintiffs,   :   No. 08 Civ. 432 (JR)

                                     :

  – against –   

                                     :

WACHOVIA BANK N.A. et al.,   :

                Defendants.   :

– – – – – – – – – – – – – – – – – – – – – x

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

      I, the undersigned, counsel of record for Defendant JPMorgan Chase & Co., certify that to the best of my knowledge and belief, other than as may be set forth in the following paragraph there are no parents, subsidiaries or affiliates of JP Morgan Chase & Co. which have any outstanding securities in the hands of the public.  This disclosure does not list the various mutual or other funds as to which JPMorgan Chase & Co. or a subsidiary or affiliate is the sponsor or advisor, or acts as the fund manager, investment advisor or subadvisor.

      Certain securities have been issued by JPMorgan Chase Bank, N.A., J.P. Morgan International Derivatives Ltd., J.P. Morgan Structured Products B.V., J.P. Morgan Chase Capital X, J.P. Morgan Chase Capital XI, J.P. Morgan Chase Capital XII, J.P. Morgan Chase Capital XIV, J.P. Morgan Chase Capital XVI, J.P. Morgan Chase Capital XIX, J.P. Morgan Chase Capital XXIV, and BANK ONE Capital VI.

2

Additionally, I note that as publicly announced on March 24, 2008 (*see* attached press release), JPMorgan Chase & Co. has entered into an amended merger agreement regarding JPMorgan Chase & Co.'s proposed acquisition of The Bear Stearns Companies Inc., as well as a share purchase agreement under which JPMorgan Chase & Co. is acquiring 95 million newly issued shares of The Bear Stearns Companies Inc. common stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  Washington, D.C.
       April 8, 2008

                              SIMPSON THACHER & BARTLETT LLP

                              By    /s/ Peter C. Thomas
                                   Peter C. Thomas (DC Bar No. 495928)
                                   601 Pennsylvania Avenue, N.W.
                                   North Building, 10th Floor
                                   Washington, D.C., 20004
                                   pthomas@stblaw.com
                                   (202) 220-7700

                              *Attorneys for Defendant JPMorgan Chase & Co.*

**JPMorganChase**

## JPMorgan Chase and Bear Stearns Announce Amended

**Merger Agreement and Agreement for JPMorgan Chase to Purchase 39.5% of Bear Stearns**

**New York, March 24, 2008** -- JPMorgan Chase & Co. (NYSE: JPM) and The Bear Stearns Companies Inc. (NYSE: BSC) announced an amended merger agreement regarding JPMorgan Chase's acquisition of Bear Stearns.

Under the revised terms, each share of Bear Stearns common stock would be exchanged for 0.21753 shares of JPMorgan Chase common stock (up from 0.05473 shares), reflecting an implied value of approximately $10 per share of Bear Stearns common stock based on the closing price of JPMorgan Chase common stock on the New York Stock Exchange on March 20, 2008.

In addition, JPMorgan Chase and Bear Stearns entered into a share purchase agreement under which JPMorgan Chase will purchase 95 million newly issued shares of Bear Stearns common stock, or 39.5% of the outstanding Bear Stearns common stock after giving effect to the issuance, at the same price as provided in the amended merger agreement.  As discussed below, the purchase of the 95 million shares is expected to be completed on or about April 8, 2008.

The Boards of Directors of both companies have approved the amended agreement and the purchase agreement.  All of the members of the Bear Stearns Board of Directors have indicated that they intend to vote their shares held as of the record date in favor of the merger.

The JPMorgan Chase guaranty of Bear Stearns' trading obligations has also been significantly clarified and expanded.  For more information, the guaranty agreement will be filed publicly and the parties will provide a Question and Answer document describing the guaranty in further detail on their respective websites.  JPMorgan Chase has also agreed to guarantee Bear Stearns' borrowings from the Federal Reserve Bank of New York.

The Federal Reserve Bank of New York's $30 billion special financing associated with the transaction has also been amended so that JPMorgan Chase will bear the first $1 billion of any losses associated with the Bear Stearns assets being financed and the Fed will fund the remaining $29 billion on a non-recourse basis to JPMorgan Chase.

"We believe the amended terms are fair to all sides and reflect the value and risks of the Bear Stearns franchise," said Jamie Dimon, Chairman and Chief Executive Officer of JPMorgan Chase, "and bring more certainty for our respective shareholders, clients, and the marketplace.  We look forward to a prompt closing and being able to operate as one company."

"Our Board of Directors believes that the amended terms provide both significantly greater value to our shareholders, many of whom are Bear Stearns employees, and enhanced coverage and certainty for our customers, counterparties, and lenders," said Alan Schwartz, President and Chief Executive Officer of Bear Stearns. "The substantial share issuance to JPMorgan Chase was a necessary condition to obtain the full set of amended terms, which in turn, were essential to maintaining Bear Stearns' financial stability."

While the rules of the New York Stock Exchange (NYSE) generally require shareholder approval prior to the issuance of securities that are convertible into more than 20% of the outstanding shares of a listed company, the NYSE's Shareholder Approval Policy provides an exception in cases where the delay involved in securing shareholder approval for the issuance would seriously jeopardize the financial viability of the listed company.  In accordance with the NYSE rule providing that exception, the Audit Committee of Bear Stearns' Board of Directors has expressly approved, and the full Board of Directors has unanimously concurred with, Bear Stearns' intended use of the exception.  The closing of the sale of the 95 million shares is expected to be completed upon the conclusion of a shareholder notice period required by the NYSE, which is expected to occur on or about April 8, 2008.

JPMorgan Chase & Co. (NYSE: JPM) is a leading global financial services firm with assets of $1.6 trillion and operations in more than 60 countries. The firm is a leader in investment banking, financial services for consumers, small business and commercial banking, financial transaction processing, asset management, and private equity. A component of the Dow Jones Industrial Average, JPMorgan Chase serves millions of consumers in the United States and many of the world's most prominent corporate, institutional and government clients under its JPMorgan and Chase brands. Information about the firm is available at www.jpmorganchase.com.

The Bear Stearns Companies Inc. (NYSE: BSC) serves governments, corporations, institutions and individuals worldwide. The company's core business lines include institutional equities, fixed income, investment banking, global clearing services, asset management, and private client services. For additional information about Bear Stearns, please visit the firm's website at

www.bearstearns.com.

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements include, but are not limited to, statements about the benefits of the merger between J.P. Morgan Chase & Co. and The Bear Stearns Companies Inc., including future financial and operating results, the combined company's plans, objectives, expectations and intentions and other statements that are not historical facts. Such statements are based upon the current beliefs and expectations of J.P. Morgan Chase's management and are subject to significant risks and uncertainties. Actual results may differ from those set forth in the forward-looking statements.

The following factors, among others, could cause actual results to differ from those set forth in the forward-looking statements: the ability to obtain governmental and self-regulatory organization approvals of the merger on the proposed terms and schedule, and any changes to regulatory agencies' outlook on, responses to and actions and commitments taken in connection with the merger and the agreements and arrangements related thereto; the extent and duration of continued economic and market disruptions; adverse developments in the business and operations of Bear Stearns, including the loss of client, employee, counterparty and other business relationships; the failure of Bear Stearns stockholders to approve the merger; the risk that the businesses will not be integrated successfully; the risk that the cost savings and any other synergies from the merger may not be fully realized or may take longer to realize than expected; disruption from the merger making it more difficult to maintain business and operational relationships; increased competition and its effect on pricing, spending, third-party relationships and revenues; the risk of new and changing regulation in the U.S. and internationally and the exposure to litigation and/or regulatory actions.  Additional factors that could cause JPMorgan Chase's results to differ materially from those described in the forward-looking statements can be found in the firm's Annual Report on Form 10-K for the year ended December 31, 2007, filed with the Securities and Exchange Commission and available at the Securities and Exchange Commission's Internet site (http://www.sec.gov).

**Additional Information**
In connection with the proposed merger, J.P. Morgan Chase & Co. will file with the SEC a Registration Statement on Form S-4 that will include a proxy statement of Bear Stearns that also constitutes a prospectus of J.P. Morgan Chase & Co.  Bear Stearns will mail the proxy statement/prospectus to its stockholders. J.P. Morgan Chase & Co. and Bear Stearns urge investors and security holders to read the proxy statement/prospectus regarding the proposed merger when it becomes available because it will contain important information. You may obtain copies of all documents filed with the SEC regarding this transaction, free of charge, at the SEC's website (www.sec.gov). You may also obtain these documents, free of charge, from JPMorgan Chase & Co.'s website (www.jpmorganchase.com) under the tab "Investor Relations" and then under the heading "Financial Information" then under the item "SEC Filings." You may also obtain these documents, free of charge, from Bear Stearns's website (www.bearstearns.com) under the heading "Investor Relations" and then under the tab "SEC Filings."

JPMorgan Chase, Bear Stearns and their respective directors, executive officers and certain other members of management and employees may be soliciting proxies from Bear Stearns stockholders in favor of the merger. Information regarding the persons who may, under the rules of the SEC, be deemed participants in the solicitation of the Bear Stearns stockholders in connection with the proposed merger will be set forth in the proxy statement/prospectus when it is filed with the SEC. You can find information about JPMorgan Chase's executive officers and directors in its definitive proxy statement filed with the SEC on March 30, 2007.  You can find information about Bear Stearns's executive officers and directors in definitive proxy statement filed with the SEC on March 27, 2007.  You can obtain free copies of these documents from JPMorgan Chase and Bear Stearns using the contact information above.

*Investor Contacts:*
JPMorgan Chase
Julia Bates
(212) 270-7318

Bear Stearns
Elizabeth Ventura
(212) 272-9251

*Media Contacts:*
JPMorgan Chase
Kristin Lemkau
(212) 270-7454

Joseph Evangelisti
(212) 270-7438

Bear Stearns
Russell Sherman
(212) 272-5219

**CERTIFICATE OF SERVICE**

I, Steven Metro, hereby certify that on this 8th day of April, 2008, served by first class mail, postage prepaid, a true and correct copy of Defendant JPMorgan Chase & Co)'s Notice of Appearance, Corporate Disclosure Statement and Agreed Motion with Proposed Order on the attached service list.

STEVEN METRO

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

**Plaintiffs**

| | |
|---|---|
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964 | **FAIRFAX COUNTY, VIRGINIA; CITY OF CHICAGO, ILLINOIS** |
| Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>COHEN, MILSTEiN, HAUSFELD & TOLL P.L.L.C.<br>One Embarcadero Plaza<br>San Francisco, CA 9411 1 | |
| Robert G. Eisler<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street<br>Thirtieth Floor<br>New York, NY 10022 | |
| Carol V. Gilden<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>190 South LaSalle Stree t<br>Suite 1705<br>Chicago, IL 60603 | |

1

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street N E
Washington, D .C . 20002

Allan Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadephia, PA 19106-3697

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

Michael D. Hausfeld               STATE OF MISSISSIPPI
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

William A. Isaacson
Tanya Chutkan
Jonathan Shaw
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue
Washington, DC 20015

Brett Hazzard
HAZZARD LAW, LLC
6360 I 55 N, Suite 340
Jackson, MS 39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress Street
P.O. Box 373
Jackson, MI 39205-0373

Brian K. Herrington
BRENT COON & ASSOCIATES
6060 I-55 North, Suite 340
Jackson, MI 39211

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

| | |
|---|---|
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br><br>Joel Davidow<br>KILE GOEKJIAN REED & MCMANUS PLLC<br>1200 New Hampshire Avenue, NW<br>Suite 570<br>Washington, DC 20036 | **CITY OF FALL RIVER, MASSACHUSETTS** |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br><br>Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC 29401 | **CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA** |
| Roland G. Riopelle<br>SERCARZ & RIOPELLE LLP<br>152 West 57th Street<br>Suite 24C<br>New York, NY 10019 | **HINDS COUNTY, MISSISSIPPI** |

4

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

<u>**Defendants**</u>

| | |
|---|---|
| Julia Jordan<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-5805<br><br>David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | **WACHOVIA BANK, N.A.** |
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | **AIG FINANCIAL PRODUCTS CORP.** |
| Ben Duke<br>Nancy Kastenbaum<br>Anna Lumelsky<br>Aaron Marcu<br>Kimberly Zelnick<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br><br>Robert D. Wick<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401 | **BEAR, STEARNS & CO., INC.** |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Anita Stork
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356


| | |
|---|---|
| Joseph Bial<br><br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC 20004 | **FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD**<br><br>**FINANCIAL SECURITY ASSURANCE, INC.** |
| FINANCIAL GUARANTY INSURANCE CO.<br><br>125 Park Avenue<br>New York, NY 10017 | **FINANCIAL GUARANTY INSURANCE COMPANY**<br>No Counsel of Record |
| David Eggert<br>Jon Nathan<br>Laura Taylor<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | **TRINITY FUNDING CO. LLC** |
| GE FUNDING CAPITAL MARKET SERVICES, INC.<br>335 Madison Avenue, 11th Floor<br>New York, NY 1001 7 | **GE FUNDING CAPITAL MARKET SERVICES, INC.**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Neil K. Gilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC 20006 | **GENWORTH FINANCIAL INC.** |
| Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>Howard J. Rubin<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY 10019 | **NATIXIS S.A.**<br>**NATIXIS FUNDING CORP.** |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | **PIPER JAFFRAY & CO.** |
| Mathew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br><br>Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | **SOCIETE GENERALE SA** |

7

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | **AIG SUNAMERICA LIFE ASSURANCE CO.** |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY<br>725 12th Street, NW<br>Washington, DC 20005 | **UBS AG** |
| SECURITY CAPITAL ASSURANCE, INC.<br>A.S. Cooper Building<br>26 Reid Street<br>4th Floor<br>Hamiton, HM 11, Bermuda | **SECURITY CAPITAL ASSURANCE INC.**<br>No Counsel of Record |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br><br>Eighty Pine Street<br>New York, NY 10005-1702 | **XL ASSET FUNDING LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |
| LEHMAN BROTHERS, INC.<br>745 Seventh Avenue<br>New York, NY 10019 | **LEHMAN BROTHERS INC.**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 | **MERRILL LYNCH & CO, INC.**<br>No Counsel of Record |
| Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, NY 10036 | **MORGAN STANLEY** |
| Colleen Mahoney<br>Quattrone, Robyn<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005 | |
| NATIONAL WESTMINSTER BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | **NATIONAL WESTMINSTER BANK PLC**<br>No Counsel of Record |
| INVESTMENT MANAGEMENT ADVISORY<br>GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA 19465 | **INVESTMENT MANAGEMENT ADVISORY**<br>**GROUP, INC.**<br>No Counsel of Record |
| CAIN BROTHERS & CO., LLC<br>360 Madison Avenue<br>5th Floor<br>New York, NY 10017 | **CAIN BROTHERS & CO., LLC**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Richard W. Beckler<br>Joseph Walker<br>HOWREY LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br><br>Amory Donelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | **CDR FINANCIAL PRODUCTS** |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Blvd.<br>Suite 2220<br>Sherman Oaks, CA 91403 | **FELD WINTERS FINANCIAL LLC**<br>No Counsel of Record |
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Brian E. Robison<br>VINSON & ELKINS LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | **FIRST SOUTHWEST COMPANY** |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 | **GEORGE K. BAUM & CO.**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA 92009 | **KINSELL NEWCOMB & DE DIOS INC.**<br>No Counsel of Record |
| PACKERKISS SECURITES, INC.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL 33444 | **PACKERKISS SECURITIES, INC.**<br>No Counsel of Record |
| Daniel Kaplan<br>PERRY, GUTHERY, HAASE & GESSFORD<br>P.C., LLO<br>233 South 13th Street, Suite 1400<br>Lincoln, Nebraska 68508 | **SHOCKLEY FINANCIAL CORP.** |
| John Lundquist<br>Nicole Moen<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | **SOUND CAPITAL MANAGEMENT, INC.** |
| Joseph D. Edmondson<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC 20007 | **MORGAN KEEGAN & CO., INC.** |