UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

– – – – – – – – – – – – – – – – – – – – – x

FAIRFAX COUNTY, VIRGINIA, et al., etc.,        :

                        Plaintiffs,        :    No. 08 Civ. 432 (JR)

                                                         :

   – against –

                                                         :

WACHOVIA BANK N.A. et al.,                    :

                        Defendants.        :

– – – – – – – – – – – – – – – – – – – – – x

### AGREED MOTION CONCERNING RESPONSES
### TO THE COMPLAINT

Plaintiffs and defendant JPMorgan Chase & Co. respectfully submit this agreed motion requesting entry of the accompanying proposed order concerning responses to the complaint, and in support thereof state:

1.    Plaintiffs' efforts to effectuate service of process on all defendants are continuing and are not yet completed.

2.    Plaintiffs have filed a motion under 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation (the "JPML") seeking centralization in this District of a number of similar actions, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950.

3.    The movants agree that for efficiency's sake briefing on pre-answer motions to dismiss should not be scheduled until plaintiffs have had additional time to effect service, the JPML has determined which court will hear the action, and any consolidated complaint has been filed.

4.  The proposed order accomplishes these goals by providing that no defendant need respond to the complaint in this action before the 60th day after the JPML has ruled and plaintiffs have filed a consolidated amended complaint (or have announced that they will not be filing a consolidated amended complaint). Finally, the proposed order authorizes defense counsel to file notices of appearance in this action without prejudice to jurisdictional and venue defenses.

5.  The consent of defendants other than JPMorgan Chase & Co. is not required because no defendant's position is compromised by the proposed order. Counsel for JP Morgan Chase & Co. can nevertheless report that all identified counsel for the other defendants have been canvassed and all support entry of the proposed order.

6.  Plaintiffs agree that submission of this Agreed Motion should be without prejudice to any defense of JPMorgan Chase & Co.

WHEREFORE, plaintiffs and defendant JPMorgan Chase & Co. respectfully request entry of the proposed order.

Respectfully submitted,

 /s/ Richard A. Koffman 
Richard A. Koffman (DC Bar No. 461145)
*rkoffman@cmht.com*
Michael D. Hausfeld (DC Bar No. 153742)
*mhausfeld@cmht.com*
Megan E. Jones (DC Bar No. 467255)
*mjones@cmht.com*
Christopher J. Cormier (DC Bar No. 496384)
*ccormier@cmht.com*
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600

William A. Isaacson (DC Bar No. 414788)
*wisaacson@bsfllp.com*
Tanya Chutkan (DC Bar No. 420478)
*tchutkan@bsfllp.com*
Jonathan Shaw (DC Bar No. 446249)
*jshaw@bsfllp.com*
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. N.W.
Washington, D.C. 20015
(202) 237-2727

*Attorneys for plaintiffs*

 /s/ Peter C. Thomas 
Peter C. Thomas (DC Bar No. 495928)
*pthomas@stblaw.com*
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Ave., N.W.
North Building, 10th Floor
Washington, D.C. 20004
(202) 220-7700

*Attorneys for defendant JPMorgan Chase
 & Co.*

Dated:   April 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― x

FAIRFAX COUNTY, VIRGINIA, et al., etc.,      :

               Plaintiffs,      :      No. 08 Civ. 432 (JR)

                                      :

― against ―

                                      :

WACHOVIA BANK N.A. et al.,      :

               Defendants.      :

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― x

**[PROPOSED] ORDER CONCERNING RESPONSES
TO THE COMPLAINT**

Upon the Agreed Motion of plaintiffs and defendant JPMorgan Chase & Co., and the entire record herein, and good cause having been shown, it is this _____ day of April, 2008, hereby

ORDERED that no defendant need respond to the complaint in this action before the 60th day after the Judicial Panel on Multidistrict Litigation has decided both the centralization motion pending in its Docket No. 1950, *In re Municipal Derivatives Antitrust Litigation*, and plaintiffs have filed a consolidated amended complaint (or have announced by filed notice that they will not be filing a consolidated amended complaint); and it is further

ORDERED that no defense of defendant JPMorgan Chase & Co. is prejudiced or waived by its submission of the Agreed Motion; and it is further

ORDERED that defense counsel may file notice of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

SO ORDERED.

_____
Hon. JAMES ROBERTSON
United States District Judge

**CERTIFICATE OF SERVICE**

I, Steven Metro, hereby certify that on this 8th day of April, 2008, served by first class mail, postage prepaid, a true and correct copy of Defendant JPMorgan Chase & Co)'s Notice of Appearance, Corporate Disclosure Statement and Agreed Motion with Proposed Order on the attached service list.

                                                                                                          STEVEN METRO

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

**Plaintiffs**

Michael D. Hausfeld
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEiN, HAUSFELD & TOLL P.L.L.C.
One Embarcadero Plaza
San Francisco, CA 9411 1

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022

Carol V. Gilden
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
190 South LaSalle Stree t
Suite 1705
Chicago, IL 60603

**FAIRFAX COUNTY, VIRGINIA; CITY OF CHICAGO, ILLINOIS**

1

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street N E
Washington, D .C . 20002

Allan Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadephia, PA 19106-3697

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

Michael D. Hausfeld                                    STATE OF MISSISSIPPI
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD & TOLL,
PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

William A. Isaacson
Tanya Chutkan
Jonathan Shaw
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue
Washington, DC 20015

Brett Hazzard
HAZZARD LAW, LLC
6360 I 55 N, Suite 340
Jackson, MS 39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress Street
P.O. Box 373
Jackson, MI 39205-0373

Brian K. Herrington
BRENT COON & ASSOCIATES
6060 I-55 North, Suite 340
Jackson, MI 39211

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br><br>Joel Davidow<br>KILE GOEKJIAN REED & MCMANUS PLLC<br>1200 New Hampshire Avenue, NW<br>Suite 570<br>Washington, DC 20036 | **CITY OF FALL RIVER, MASSACHUSETTS** |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br><br>Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC 29401 | **CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA** |
| Roland G. Riopelle<br>SERCARZ & RIOPELLE LLP<br>152 West 57th Street<br>Suite 24C<br>New York, NY 10019 | **HINDS COUNTY, MISSISSIPPI** |

4

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

<u>Defendants</u>

| | |
|---|---|
| Julia Jordan<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-5805<br><br>David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | **WACHOVIA BANK, N.A.** |
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | **AIG FINANCIAL PRODUCTS CORP.** |
| Ben Duke<br>Nancy Kastenbaum<br>Anna Lumelsky<br>Aaron Marcu<br>Kimberly Zelnick<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br><br>Robert D. Wick<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401 | **BEAR, STEARNS & CO., INC.** |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
**Service List**

Anita Stork
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356

| | |
|---|---|
| Joseph Bial<br><br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC 20004 | **FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD**<br><br>**FINANCIAL SECURITY ASSURANCE, INC.** |
| FINANCIAL GUARANTY INSURANCE CO.<br><br>125 Park Avenue<br>New York, NY 10017 | **FINANCIAL GUARANTY INSURANCE COMPANY**<br>No Counsel of Record |
| David Eggert<br>Jon Nathan<br>Laura Taylor<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | **TRINITY FUNDING CO. LLC** |
| GE FUNDING CAPITAL MARKET SERVICES, INC.<br>335 Madison Avenue, 11th Floor<br>New York, NY 10017 | **GE FUNDING CAPITAL MARKET SERVICES, INC.**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Neil K. Gilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC 20006 | **GENWORTH FINANCIAL INC.** |
| Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>Howard J. Rubin<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY 10019 | **NATIXIS S.A.**<br>**NATIXIS FUNDING CORP.** |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | **PIPER JAFFRAY & CO.** |
| Mathew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br><br>Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | **SOCIETE GENERALE SA** |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | **AIG SUNAMERICA LIFE ASSURANCE CO.** |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY<br>725 12th Street, NW<br>Washington, DC 20005 | **UBS AG** |
| SECURITY CAPITAL ASSURANCE, INC.<br>A.S. Cooper Building<br>26 Reid Street<br>4th Floor<br>Hamiton, HM 11, Bermuda | **SECURITY CAPITAL ASSURANCE INC.**<br>No Counsel of Record |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br><br>Eighty Pine Street<br>New York, NY 10005-1702 | **XL ASSET FUNDING LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |
| LEHMAN BROTHERS, INC.<br>745 Seventh Avenue<br>New York, NY 10019 | **LEHMAN BROTHERS INC.**<br>No Counsel of Record |

8

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 | **MERRILL LYNCH & CO, INC.**<br>No Counsel of Record |
| Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, NY 10036 | **MORGAN STANLEY** |
| Colleen Mahoney<br>Quattrone, Robyn<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005 | |
| NATIONAL WESTMINSTER BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | **NATIONAL WESTMINSTER BANK PLC**<br>No Counsel of Record |
| INVESTMENT MANAGEMENT ADVISORY<br>GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA 19465 | **INVESTMENT MANAGEMENT ADVISORY<br>GROUP, INC.**<br>No Counsel of Record |
| CAIN BROTHERS & CO., LLC<br>360 Madison Avenue<br>5th Floor<br>New York, NY 10017 | **CAIN BROTHERS & CO., LLC**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
<u>Service List</u>

| | |
|---|---|
| Richard W. Beckler<br>Joseph Walker<br>HOWREY LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br><br>Amory Donelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | **CDR FINANCIAL PRODUCTS** |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Blvd.<br>Suite 2220<br>Sherman Oaks, CA 91403 | **FELD WINTERS FINANCIAL LLC**<br>No Counsel of Record |
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Brian E. Robison<br>VINSON & ELKINS LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | **FIRST SOUTHWEST COMPANY** |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 | **GEORGE K. BAUM & CO.**<br>No Counsel of Record |

*Fairfax County, VA, et al. v. Wachovia Bank N.A., et al.*
Service List

KINSELL NEWCOMB & DE DIOS, INC.
2776 Gateway Road
Carlsbad, CA 92009

**KINSELL NEWCOMB & DE DIOS INC.**
No Counsel of Record

PACKERKISS SECURITES, INC.
Fifteen North East Fourth Street
Suite A
Delray Beach, FL 33444

**PACKERKISS SECURITIES, INC.**
No Counsel of Record

Daniel Kaplan
PERRY, GUTHERY, HAASE & GESSFORD
P.C., LLO
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508

**SHOCKLEY FINANCIAL CORP.**

John Lundquist
Nicole Moen
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

**SOUND CAPITAL MANAGEMENT, INC.**

Joseph D. Edmondson
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007

**MORGAN KEEGAN & CO., INC.**