IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, on behalf of themselves and all other similarly situated entities,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A.,<br>301 South College Street<br>One Wachovia Center<br>Charlotte, North Carolina 28288-0013,<br>AIG FINANCIAL PRODUCTS CORP., BEAR, STEARNS & CO., INC., FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD., FINANCIAL SECURITY ASSURANCE, INC., FINANCIAL GUARANTY INSURANCE COMPANY, TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC., GENWORTH FINANCIAL INC., NATIXIS S.A., JPMORGAN CHASE & CO., PIPER JAFFRAY & CO., SOCIETE GENERALE SA, AIG SUNAMERICA LIFE ASSURANCE CO., UBS AG, SECURITY CAPITAL ASSURANCE INC., XL ASSET FUNDING LLC, XL LIFE INSURANCE & ANNUITY COMPANY, LEHMAN BROTHERS INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY, NATIONAL WESTMINSTER BANK PLC, NATIXIS FUNDING CORP., INVESTMENT MANAGEMENT ADVISORY GROUP, INC., CDR FINANCIAL PRODUCTS, FELD WINTERS FINANCIAL LLC, WINTERS & CO. ADVISORS, LLC, FIRST SOUTHWEST COMPANY, GEORGE K. BAUM & CO., KINSELL NEWCOMB & DE DIOS INC., PACKERKISS SECURITIES, INC., | No. 08 Civ. 432 (JR) |

```
SHOCKLEY FINANCIAL CORP., SOUND    )
CAPITAL MANAGEMENT, INC., CAIN     )
BROTHERS & CO., LLC, and MORGAN    )
KEEGAN & CO., INC.,                )
                                   )
            Defendants.            )
_____)
```

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk will please note the appearance of Margaret K. Pfeiffer as counsel for Defendant Wachovia Bank, N.A. in this action.

Dated: Washington, D.C.
       April 14, 2008

Respectfully submitted,

    /s/ Margaret K. Pfeiffer
Margaret K. Pfeiffer (DC Bar No. 358723)
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
(202) 956-7540
Fax (202) 293-6330
pfeifferm@sullcrom.com

*Counsel for Defendant Wachovia Bank, N.A.*