IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, on behalf of themselves and all other similarly situated entities,<br><br>            Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A., AIG FINANCIAL PRODUCTS CORP., BEAR, STEARNS & CO., INC., FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD., FINANCIAL SECURITY ASSURANCE, INC., FINANCIAL GUARANTY INSURANCE COMPANY, TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC., GENWORTH FINANCIAL INC., NATIXIS S.A., JPMORGAN CHASE & CO., PIPER JAFFRAY & CO., SOCIETE GENERALE SA, AIG SUNAMERICA LIFE ASSURANCE CO., UBS AG, SECURITY CAPITAL ASSURANCE INC., XL ASSET FUNDING LLC, XL LIFE INSURANCE & ANNUITY COMPANY, LEHMAN BROTHERS INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY, NATIONAL WESTMINSTER BANK PLC, NATIXIS FUNDING CORP., INVESTMENT MANAGEMENT ADVISORY GROUP, INC., CDR FINANCIAL PRODUCTS, FELD WINTERS FINANCIAL LLC, WINTERS & CO. ADVISORS, LLC, FIRST SOUTHWEST COMPANY, GEORGE K. BAUM & CO., KINSELL NEWCOMB & DE DIOS INC., PACKERKISS SECURITIES, INC., SHOCKLEY FINANCIAL CORP., SOUND CAPITAL MANAGEMENT, INC., CAIN BROTHERS & CO., LLC, and MORGAN | No. 08 Civ. 432 (JR) |

- 2 -

|  |  |  |
|---|---|---|
| KEEGAN & CO., INC., | ) | |
|  | ) | |
| Defendants. | ) | |
| ─────────────────────────── | ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Wachovia Bank, N.A., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Wachovia Bank, N.A. that have any outstanding securities in the hands of the public.

Wachovia Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Dated: Washington, D.C.
       April 14, 2008

                                    Respectfully submitted,

                                         /s/ Margaret K. Pfeiffer
                                    Margaret K. Pfeiffer (DC Bar No. 358723)
                                    Sullivan & Cromwell LLP
                                    1701 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20006-5805
                                    (202) 956-7540
                                    Fax (202) 293-6330
                                    pfeifferm@sullcrom.com

                                    *Counsel for Defendant Wachovia Bank, N.A.*