UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fairfax County, Virginia, *et al.*,

                Plaintiffs,

    v.

Wachovia Bank N.A., *et al.*,

                Defendants

08 CV 432 (JR)

## NOTICE OF APPEARANCE

Please take notice that the undersigned is hereby entering an appearance as counsel of record for Defendant Lehman Brothers Inc. in the above-entitled action.

Dated:  April 14, 2008

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By:  /s/ Moses Silverman
                                              Moses Silverman
                                            (DC Bar Number 364441)

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        (212) 373-3000
                                        msilverman@paulweiss.com

                                        *Attorneys for Defendant Lehman Bros. Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 14, 2008, I served a true copy of the foregoing NOTICE OF APPEARANCE on the following:

William A. Isaacson, Esq.
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Jonathan W. Cuneo, Esq.
Daniel M. Cohen, Esq.
CUNEO, GILBERT & LADUCA LLP
507 C Street NE
Washington, DC 20002

Joel Davidow, Esq.
Clifford K. Williams, Esq.
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black, Esq.
Roberta Liebenberg, Esq.
Donald Perelman, Esq.
FINE, KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Samuel D. Heins, Esq.
Vincent J. Esades, Esq.
HEINS, MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer, Esq.
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel, Esq.
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Brian K. Herrington, Esq.
BRENT COON & ASSOCIATES
6360 I-55 North, Suite 340
Jackson, MS 39211

Armand Derfner, Esq.
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner, Esq.
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd. Suite 130
Bannockburn, IL 60015

Brent Hazzard, Esq.
HAZZARD LAW, LLC
6360 I- 55 N
Suite 340
Jackson, MS 39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress Street
P.O. Box 373
Jackson, MS 39205

Paul Bennett, Esq.
Steven, Sidener, Esq.
Andrew Dirksen, Esq.
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105

Gerald J. Rodos, Esq.
Jeffrey B. Gittleman, Esq.
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Julie Jordan, Esq.
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Ave., N.W.
Washington, DC 20006

Karen Seymour, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004


Robert Hotz, Esq.
Joseph Sorkin, Esq.
Richard Zabel, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022

George K. Baum & Co.
4801 Main Street, Suite 500
Kansas City, MO 64112

Ben Duke, Esq.
Aaron Marcu, Esq.
KimberlyZelnick, Esq.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Anita Stork, Esq.
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Richard W. Beckler, Esq.
Joseph Walker, Esq.
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

Amory Donelly, Esq.
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022

Howard J. Kaplan, Esq.
Lisa C. Solbakken, Esq.
Stephen Heiser, Esq.
ARKIN KAPLAN & RICE LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

Feld Winters Financial LLC
15260 Ventura Boulevard, Suite 2220
Sherman Oaks, CA 91403
Joseph Bial, Esq.
CADWALADER WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, DC 20004

Marek Krzyzowski, Esq.
John Beerbower, Esq.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Brian E. Robison, Esq.
VINSON & ELKINS LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

Neil K. Gilman, Esq.
R. Hewitt Pate, Esq.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006

Timothy Hoeffner, Esq.
SAUL EWING LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Ritter Willis, Esq.
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, DC 20037

John Briody, Esq.
Tom Rice, Esq.
Joseph Wayland, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Peter Thomas, Esq.
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, 10th Floor
North Building, N. W.
Washington, DC 20004

George Serdar, Esq.
MESSERLI & KRAMER LLP
1800 Fifth St. Towers
150 S. Fifth Street
Minneapolis, MN 55402

Ed Spiro, Esq.
ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017

Rick Weinberg, Esq.
Sarah North, Esq.
MORVILLO ABRAMOWITZ
565 Fifth Avenue
New York, NY 10017

Joseph Edmondson, Esq.
FOLEY & LARDNER
3000 K Street, N.W., Suite 500
Washington, DC 20007

Paul Eckles, Esq.
Shep Goldfein, Esq.
James Keyte, Esq.
Colleen Mahoney, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Robyn Quattrone, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New Yor Avenue, N.W.
Washington, DC

Peggy Chen, Esq.
Paul Corcoran, Esq.
Howard J. Rubin, Esq.
DAVIS & GILBERT
1740 Broadway
New York, NY 10019

NATIONAL WESTMINSTER BANK PLC
135 Bishopgate
London, EC2M 3UR,
England

Maya Lockwood, Esq.
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd.
Tampa, FL 33602

J. Jackson, Esq.
DORSEY & WHITNEY LLP
Suite 1500,
50 South Street
Minneapolis, MN 55402

Security Capital Assurance Inc.
A.S. Cooper Building
26 Reid Street, 4th Floor
Hamilton, HM 11, Bermuda

Daniel Kaplan, Esq.
PERRY GUNTHERY HASSE & GESSFORD P.C. LLO
233 South 13th Street, Suite 1400
Lincoln, NE 68508

Mathew Ingber, Esq.
Michael Ware, Esq.
Steven Wolowitz
MAYER BROWN LLP
1675 Broadway
New York, Ny 10019

Jay Tharp
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606


John Lundquist, Esq.
Nicole Moen, Esq.
FREDRIKSON & YRON, P.A.
200 South Sixth St., Suite 4000
Minneapolis, MN 55402

David Eggert, Esq.
Jon Nathan, Esq.
Douglas Wald, Esq.
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004

Craig Stewart, Esq.
ARNOLD & PORTER LLP
399 Park Ave.
New York, NY 10022

Jon Fetterolf, Esq.
Steven Kuney, Esq.
David Zinn, Esq.
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Gary Licenberg, Esq.
Mark Masters, Esq.
BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS & LICENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

Robert A. Alessi, Esq.
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

Trevor J. Hill

Sworn to before me this
14th day of April, 2008

Notary Public

PHILLIP MITCHELL
Notary Public, State of New York
No. 01MI6121775
Qualified in Bronx County
Commission Expires January 24, 2009

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK  )

Tamara Kogan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 15, 2008 I served a true copy of the foregoing NOTICE OF APPEARANCE on the following:

>Elliot Greenfield
>DEBEVOISE & PLIMPTON LLP
>919 Third Avenue
>New York, New York 10022

3. I made such service by placing a true copy of the aforementioned document in a properly addressed postpaid wrapper and delivering it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Tamara Kogan

Sworn to before me this
__th day of April, 2008

_____
Notary Public

KEI H. CHOW
Notary Public, State of New York
No. 01CH5070627
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Dec. 23, 2010