UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - x

FAIRFAX COUNTY, VIRGINIA, et al., etc.,  :

               Plaintiffs,    :    No. 08 Civ. 432 (JR)

                                             :

  – against –

                                             :

WACHOVIA BANK N.A. et al.,              :

               Defendants.   :

- - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

       Please note our appearance as counsel to defendant Société Générale, S.A. As authorized by the Order entered April 15, 2008, this appearance is without prejudice to jurisdictional and venue defenses.

                                                                  /s/ Michael O. Ware
                                                            Richard M. Steuer
                                                               *rsteuer@mayerbrown.com*
                                                            Steven Wolowitz
                                                              *swolowitz@mayerbrown.com*
                                                           Matthew D. Ingber
                                                             *mingber@mayerbrown.com*
                                                          Michael O. Ware (D.D.C. Bar ID TX006)
                                                            *mware@mayerbrown.com*
                                                          Paula Garrett Lin
                                                             *plin@mayerbrown.com*
                                                          MAYER BROWN LLP
                                                          1675 Broadway
                                                          New York, N.Y. 10019
                                                          (212) 506-2500

        John J. Tharp, Jr.
          *jtharp@mayerbrown.com*
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Ill. 60606
(312) 782-0600

*Attorneys for defendant Société Générale, S.A.*

Dated:   April 15, 2008