**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-0432 (JR) |
| WACHOVIA BANK N.A., *et al.* | ) |
| Defendants. | ) |

**CERTIFICATE PURSUANT TO RULE LCvR7.1**

I, the undersigned counsel of record for Defendant First Southwest Company ("FSC"), certify that to the best of my knowledge and belief, FSC does not have a parent company, subsidiary or affiliate which has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/  Alden L. Atkins
Alden L. Atkins (D.C. Bar No. 393922)
Vinson & Elkins L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004-1008
Telephone:  (202) 639-6613
Facsimile:  (202) 639-6604

*Counsel for Defendant First*
 *Southwest Company*

April 16, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2008, I caused a true and correct copy of the foregoing Certificate Pursuant to Rule LCvR7.1 to be served via first-class U.S. mail, postage prepaid, on:

| | |
|---|---|
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY  10022-2524 | **AIG FINANCIAL PRODUCTS CORP.**<br><br>**AIG SUNAMERICA LIFE ASSURANCE CO.** |
| Anita Stork<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA  94111-5356<br><br>Ben Duke<br>Nancy Kastenbaum<br>Anna Lumelsky<br>Aaron Marcu<br>Kimberly Zelnick<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405<br><br>Robert D. Wick<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401 | **BEAR, STEARNS & CO., INC.** |
| CAIN BROTHERS & CO., LLC<br>360 Madison Avenue<br>5th Floor<br>New York, NY  10017 | **CAIN BROTHERS & CO., LLC**<br><br>No Counsel of Record |

1

| | |
|---|---|
| Amory Donelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY  10022<br><br>Richard W. Beckler<br>Joseph Walker<br>HOWREYLLP<br>1299 Pennsylvania Avenue,  NW<br>Washington, DC  20004 | **CDR FINANCIAL PRODUCTS** |
| Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC  29401 | **CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA** |
| Joel Davidow<br>KILE GOEKJIAN REED & MCMANUS PLLC<br>1200 New Hampshire Avenue, NW<br>Suite 570<br>Washington, DC  20036 | **CITY OF FALL RIVER, MASSACHUSETTS** |
| Allan Black<br>Roberta Liebenberg<br>Donald Perelman<br>FINE KAPLAN & BLACK, RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA  19103<br><br>Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br>One California Street, Third Floor<br>San Francisco, CA  94111<br><br>Arnold Levin<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street,<br>Suite 500<br>Philadelphia, PA  19106-3697 | **FAIRFAX COUNTY, VIRGINIA** |

| | |
|---|---|
| Carol V. Gilden<br>COHEN, MILSTEIN, HAUSFELD & TOLL<br>190 South LaSalle Street<br>Suite 1705<br>Chicago, IL  60603<br><br>Jonathan W. Cuneo<br>Daniel M. Cohen<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, DC  20002<br><br>Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, P.L.L.C.<br>One Embarcadero Plaza<br>San Francisco, CA  94111<br><br>Robert G. Eisler<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, P.L.L.C.<br>150 East 52nd Street<br>Thirtieth Floor<br>New York, NY  10022<br><br>Samuel D. Heins<br>Vincent J. Esades<br>HEINS MILLS & OLSEN<br>310 Clifton Avenue<br>Minneapolis, MN  55403<br><br>Steven A. Kanner<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road,<br>Suite 130<br>Bannockburn, IL  60015<br><br>Steven Greenfogel<br>MEREDITH COHEN GREENFOGEL<br>  & SKIRNICK, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA  19102 | |

| | |
|---|---|
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005-3964 | **FAIRFAX COUNTY, VIRGINIA**<br><br>**STATE OF MISSISSIPPI**<br><br>**CITY OF FALL RIVER,<br>  MASSACHUSETTS**<br><br>**CHARLESTON COUNTY SCHOOL<br>  DISTRICT, SOUTH CAROLINA** |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA  91403 | **FELD WINTERS FINANCIAL, LLC**<br><br>No Counsel of Record |
| FINANCIAL GUARANTY INSURANCE<br>COMPANY<br>125 Park Avenue<br>New York, NY  10017 | **FINANCIAL GUARANTY<br>INSURANCE COMPANY**<br><br>No Counsel of Record |
| Joseph Bial<br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC  20004 | **FINANCIAL SECURITY<br>ASSURANCE HOLDINGS, LTD.**<br><br>**FINANCIAL SECURITY<br>ASSURANCE, INC.** |
| GE FUNDING CAPITAL MARKET<br>  SERVICES, INC.<br>335 Madison Avenue, 11th Floor<br>New York, NY  10017 | **GE FUNDING CAPITAL MARKET<br>SERVICES, INC.**<br><br>No Counsel of Record |
| Neil K. Oilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC  20006 | **GENWORTH FINANCIAL INC.** |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO  64112 | **GEORGE K. BAUM & CO.**<br><br>No Counsel of Record |
| INVESTMENT MANAGEMENT ADVISORY<br>  GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA  19465 | **INVESTMENT MANAGEMENT<br>ADVISORY GROUP, INC.**<br><br>No Counsel of Record |

| | |
|---|---|
| Peter C. Thomas<br>SIMPSON THACHER & BARTLETT, LLP<br>601 Pennsylvania Avenue, NW<br>North Building<br>Washington, DC  20004 | **JP MORGAN CHASE & CO.** |
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA  92009 | **KINSELL NEWCOMB & DE DIOS, INC.**<br><br>No Counsel of Record |
| Moses Silverman<br>Allon Lifshitz<br>Michael E. Gertzman<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | **LEHMAN BROTHERS, INC.** |
| Edward M. Spiro<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, NY  10017 | **MERRILL LYNCH & CO, INC.** |
| Joseph D. Edmondson<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC  20007 | **MORGAN KEEGAN & CO., INC.** |
| Colleen Mahoney<br>Robyn Quattrone<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLC<br>1440 New York Avenue, NW<br>Washington, DC  20005<br><br>Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLC<br>Four Times Square<br>New York, NY  10036 | **MORGAN STANLEY** |

| | |
|---|---|
| NATIONAL WESTMINSTER BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | **NATIONAL WESTMINSTER BANK PLC**<br><br>No Counsel of Record |
| Howard J. Rubin<br>Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY  10019 | **NATIXIS S.A.**<br><br>**NATIXIS FUNDING CORP.** |
| Burton W. Wiand<br>FOWLER WHITE BOGGS BANKER P.A.<br>501 East Kennedy Boulevard<br>Suite 1700<br>Tampa, FL  33602 | **PACKERKISS SECURITIES, INC.** |
| J. David Jackson<br>DORSEY & WHITNEY LLP<br>Suite 1500<br>50 South Street<br>Minneapolis, MN  55402 | **PIPER JAFFRAY & CO.** |
| Elliot Greenfield<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY  10022 | **SECURITY CAPITAL ASSURANCE, INC.** |
| Daniel Kaplan<br>PERRY, GUTHERY, HAASE & GESSFORD P.C.<br>233 South 13th Street<br>Suite 1400<br>Lincoln, NE  68508 | **SHOCKLEY FINANCIAL CORP.** |

| | |
|---|---|
| Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br><br>Mathew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019 | **SOCIETE GENERALE SA** |
| John Lundquist<br>Nicole Moen<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402 | **SOUND CAPITAL MANAGEMENT, INC.** |
| Brett Hazzard<br>HAZZARD LAW, LLC<br>6360 I 55 N, Suite 340<br>Jackson, MS  39211<br><br>Brian K. Herrington<br>BRENT COON & ASSOCIATES<br>6060 I-55 North,<br>Suite 340<br>Jackson, MI  39211<br><br>Precious Martin Senior<br>PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC<br>821 North Congress Street<br>P.O. Box 373<br>Jackson, MI  39205-0373<br><br><br>William A. Isaacson<br>Tanya Chutkan<br>Jonathan Shaw<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue<br>Washington, DC  20015 | **STATE OF MISSISSIPPI** |

7

| | |
|---|---|
| Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022-4690<br><br>David Eggert<br>Jon Nathan<br>Laura Taylor<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206 | **TRINITY FUNDING CO. LLC** |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, NW<br>Washington, DC  20005 | **UBS AG** |
| David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004-2498<br><br>Julia Jordan<br>Margaret K. Pfeiffer<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006-5805 | **WACHOVIA BANK, N.A.** |

| | |
|---|---|
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA  90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, NY  10005-1702 | **XL ASSET FUNDING LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |

                                                                       /s/  Alden L. Atkins  
                                                                       Alden L. Atkins