UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

– – – – – – – – – – – – – – – – – – – – x

FAIRFAX COUNTY, VIRGINIA, et al., etc.,          :

                Plaintiffs,          :          No. 08 Civ. 432 (JR)

                        :

  – against –          :

                        :

WACHOVIA BANK N.A. et al.,          :

              Defendants.          :

– – – – – – – – – – – – – – – – – – – – x

## SOCIÉTÉ GÉNÉRALE'S FED. R. CIV. P 7.1
## CORPORATE DISCLOSURE STATEMENT

### With Annexed Local Civil R. 7.1 Certificate

Pursuant to Fed. R. Civ. P. 7.1, defendant Société Générale, S.A. discloses that it has no parent company and that no publicly held corporation holds 10% or more of its stock.  All defenses are reserved.

Richard M. Steuer
   *rsteuer@mayerbrown.com*
Steven Wolowitz
   *swolowitz@mayerbrown.com*
Matthew D. Ingber
   *mingber@mayerbrown.com*
Michael O. Ware (D.D.C. Bar ID TX006)
   *mware@mayerbrown.com*
Paula Garrett Lin
   *plin@mayerbrown.com*
MAYER BROWN LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

John J. Tharp, Jr.
 *jtharp@mayerbrown.com*
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Ill. 60606
(312) 782-0600

*Attorneys for defendant Société Générale,
 S.A.*

Dated:   April 16, 2008

**Certificate Required by Local Civ. R. 26.1**

I, the undersigned, counsel of record for defendant Société Générale, S.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Société Générale, S.A. which might be deemed to have outstanding securities in the hands of the public:

> SG Preferred Capital I  LLC
> SG Preferred Capital II LLC
> SG Preferred Capital III LLC
> SG Holdings, Inc.
> SG Structured Products, Inc.
> Société Générale North America, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Michael O. Ware (D.D.C. Bar ID TX006)
*mware@mayerbrown.com*
MAYER BROWN LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

*Attorneys for defendant Société Générale,
S.A.*

Dated:   April 16, 2008