UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,  :
:
      Plaintiffs,  :
:
  v.  :  Civil Action No. 08-0432 (JR)
:
WACHOVIA BANK N.A., *et al.*,  :
:
      Defendants.  :

## ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearance of Jon T. King [15], Christopher L. Lebsock [16], Michael P. Lehmann [17], Robert G. Eisler [23] and Carol V. Gilden [24] it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge