IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

**MOTION FOR ADMISSION OF ALLAN STEYER *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Allan Steyer, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, Allan Steyer provides his declaration, attached as Exhibit A.

- 1 -

Respectfully submitted on this 18th day of April, 2008.

/s/ Richard A. Koffman
Michael D. Hausfeld (D.C. Bar No. 153742)
Richard A. Koffman (D.C. Bar No. 461145)
Megan E. Jones (D.C. Bar No. 467255)
Christopher J. Cormier (D.C. Bar No. 496384)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

**DECLARATION OF ALLAN STEYER IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, Allan Steyer, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am an associate at the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. My office address is One California Street, Third Floor, San Francisco, CA 94111. My business telephone is (415) 421-3400.

3. I am a member of the California State Bar, No. 100318. I am also admitted to the Northern District of California federal court and other district courts in California.

- 1 -

4.  I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.  The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of April, 2008, at San Francisco, California.

> /s/ Allan Steyer
> Allan Steyer
> Steyer Lowenthal Boodrookas Alvarez
>   & Smith LLP
> One California Street, Third Floor
> San Francisco, CA 94111
> Telephone: (415) 421-3400.
> Facsimile: (415) 421-2234

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Allan Steyer *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                       _____
                                       The Honorable James Robertson
                                       Judge, U.S.D.C. District of Columbia