UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 08 Civ. 432 (JR) |
| | ) |
| WACHOVIA BANK N.A., et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Douglas L. Wald, am a member in good standing of the Bar of this Court. I hereby move, pursuant to Local Rule 83.2(d), the admission of Craig A. Stewart to appear *pro hac vice* on behalf of Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc in the above-captioned action. Attached as Exhibit A to this motion is Craig A. Stewart's Declaration, in conformity with the Local Rules.

Dated: April 18, 2008

*/s/*
Douglas L. Wald (D.C. Bar No. 297994)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

*Counsel for Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc.*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al.   ) | |
| )  | |
| Plaintiffs,   ) | |
| )  | |
| v.   ) | No. 08 Civ. 432 (JR) |
| )  | |
| WACHOVIA BANK N.A., et al.   ) | |
| )  | |
| Defendants.   ) | |

**LOCAL RULE 83.2(d) DECLARATION OF CRAIG A. STEWART**

I, Craig A. Stewart, declare that:

1. My full name is Craig A. Stewart,

2. My office address and telephone number are:

   ARNOLD & PORTER LLP
   399 Park Avenue
   New York, NY 10022-4690
   (212) 715-1000

3. I am admitted to the bars of the State of New York, the United States Court of Appeal for the Second Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York,

4. I have never been disciplined by any bar,

5. I have never been admitted *pro hac vice* in this Court,

- 2 -

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

Dated: April 18, 2008

/s/
Craig A. Stewart
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000

*Counsel for Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 08 Civ. 432 (JR) |
| | ) |
| WACHOVIA BANK N.A., et al. | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Craig A. Stewart *Pro Hac Vice* and supporting declaration, and pursuant to Local Rule 83.2(d),

IT IS, this _____ day of _____, 2008, ORDERED that the Motion be and hereby is GRANTED.

_____
The Honorable James Robertson
Judge, U.S.D.C. District of Columbia

## CERTIFICATE OF SERVICE

      I, Douglas L. Wald, hereby certify that on this 18th day of April 2008, I served a true and correct copy of the Motion for Admission *Pro Hac Vice* of Craig Stewart on behalf of Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc., by first class mail, postage pre-paid, on the attached service list.

                                      /s/
                                      Douglas L. Wald

**Service List**

Michael D. Hausfeld
Rocjard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3964

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015

FAIRFAX COUNTY, VIRGINIA

Carol v. Gilden
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC  20002

Allan Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA  19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN  55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA  94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL &
  SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA  19102

Steven A. Kanner
FREED KANNER LONDON & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015

Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
 BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697

Michael D. Hausfeld                                    STATE OF MISSISSIPPI
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005-3964

William A. Isaacson
Tanya Chutkan
Jonathan Shaw
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue
Washington, DC  20015

Brett Hazzard
HAZZARD LAW, LLC
6360 I 55 N, Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR &
 ASSOCIATES PLLC
821 North Congress Street
P.O. Box 373
Jackson, MI  39205-0373

Brian K. Herington
BRENT COON & ASSOCIATES
6060 I-55 North, Suite 340
Jackson, MI  39211

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015

| | |
|---|---|
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005-3964<br><br>Joel Davidow<br>KILE GOEKJIAN REED &<br>  MCMANUS PLLC<br>1200 New Hampshire Avenue, N.W.<br>Suite 570<br>Washington, DC  20036<br><br>Jonathan Mark Shaw<br>BOIES, SCHILLER & FLEXNER, LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC  20015 | CITY OF FALL RIVER, MASSACHUSETTS |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005-3964<br><br>Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC  29401<br><br>Jonathan Mark Shaw<br>BOIES, SCHILLER & FLEXNER, LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC  20015 | CHARLESTON COUNTY SCHOOL DISTRICT,<br>SOUTH CAROLINA |

| | |
|---|---|
| Roland G. Riopelle<br>SERCARZ & RIOPELLE LLP<br>152 West 57th Street<br>Suite 24C<br>New York, NY  10019 | HINDS COUNTY, MISSISSIPPI |
| Margaret Kolodny Pfeiffer<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, DC  20006-5805 | WACHOVIA BANK, N.A. |
| AIG FINANCIAL PRODUCTS CORP.<br>50 Danbury Road<br>Wilton, CT 06897 | AIG FINANCIAL PRODUCTS CORP.<br>No counsel of record |
| BEAR, STEARNS & CO., INC.<br>383 Madison Avenue<br>New York, NY 10019 | BEAR, STEARNS & CO., INC.<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE<br>  HOLDINGS, LTD<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE<br>HOLDINGS, LTD<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE,<br>  INC.<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE, INC.<br>No counsel of record |
| FINANCIAL GUARANTY INSURANCE<br>  COMPANY<br>125 Park Avenue<br>New York, NY 10017 | FINANCIAL GUARANTY INSURANCE<br>COMPANY<br>No counsel of record |
| GENWORTH FINANCIAL INC.<br>6620 W. Broad Street<br>Richmond, VA 23230 | GENWORTH FINANCIAL INC.<br>No counsel of record |
| NATIXIS S.A.<br>45 Rue Saint-Dominique<br>75007 Paris, France | NATIXIS S.A.<br>No counsel of record |

| | |
|---|---|
| Peter Coyne Thomas<br>SIMPSON THACHER & BARTLETT,<br>  LLP<br>601 Pennsylvania Avenue NW<br>North Building<br>Washington, DC 20004 | JP MORGAN CHASE & CO. |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN  55402-7020 | PIPER JAFFRAY & CO.<br>No counsel of record |
| Michael Orth Ware<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019 | SOCIETE GENERALE SA |
| AIG SUNAMERICA LIFE ASSURANCE<br>  CO.<br>1 SunAmerica Center<br>Los Angeles, CA 90067-6022 | AIG SUNAMERICA LIFE ASSURANCE CO.<br>No counsel of record |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098<br>Zurich, Switzerland | UBS AG<br>No counsel of record |
| SECURITY CAPITAL<br>  ASSURANCE, INC.<br>A.S. Cooper Building<br>26 Reid Street<br>4th Floor<br>Hamiton, HM 11, Bermuda | SECURITY CAPITAL ASSURANCE INC.<br>No Counsel of record |
| XL ASSET FUNDING LLC<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL ASSET FUNDING LLC<br>No counsel of record |
| XL LIFE INSURANCE & ANNUITY<br>  COMPANY<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL LIFE INSURANCE & ANNUITY COMPANY<br>No counsel of record |

| | |
|---|---|
| Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | LEHMAN BROTHERS INC. |
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 | MERRILL LYNCH & CO., INC.<br>No counsel of record |
| MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036 | MORGAN STANLEY<br>No counsel of record |
| NATIONAL WESTMINSTER<br>  BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | NATIONAL WESTMINSTER BANK PLC<br>No counsel of record |
| NATIXIS FUNDING CORP.<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019 | NATIXIS FUNDING CORP.<br>No counsel of record |
| INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA 19464 | INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>No counsel of record |
| CDR FINANCIAL PRODUCTS<br>9777 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | CDR FINANCIAL PRODUCTS<br>No counsel of record |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA 91403 | FELD WINTERS FINANCIAL LLC<br>No counsel of record |
| WINTERS & CO. ADVISORS, LLC<br>11845 W. Olympic Boulevard<br>Suite 540<br>Los Angeles, CA 90064 | WINTERS & CO. ADVISORS, LLC<br>No counsel of record |

-8-

| | |
|---|---|
| Alden Lewis Atkins<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 | FIRST SOUTHWEST COMPANY |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO  64112 | GEORGE K. BAUM & CO.<br>No counsel of record |
| KINSELL NEWCOMB &<br>  DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA  92009 | KINSELL NEWCOMB & DE DIOS, INC.<br>No counsel of record |
| PACKERKISS SECURITIES, INC.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL  33444 | PACKERKISS SECURITIES, INC.<br>No counsel of record |
| SHOCKLEY FINANCIAL CORP.<br>2229 S. Joliet Way<br>Aurora, CO 80014 | SHOCKLEY FINANCIAL CORP.<br>No counsel of record |
| SOUND CAPITAL MANAGEMENT,<br>  INC.<br>6400 Flying Cloud Drive<br>Suite 210<br>Eden Prarie, MN 55344 | SOUND CAPITAL MANAGEMENT, INC.<br>No counsel of record |
| CAIN BROTHERS & CO., LLC<br>360 Madison Avenue<br>5th Floor<br>New York, NY  10017 | CAIN BROTHERS & CO., LLC<br>No counsel of record |
| MORGAN KEEGAN & CO., INC.<br>50 N. Front Street<br>Memphis, TN 38103 | MORGAN KEEGAN & CO., INC.<br>No counsel of record |