## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                    ) | No. 08 Civ. 432 (JR) |
| ) | |
| WACHOVIA BANK N.A., et al.        ) | |
| ) | |
| Defendants.                            ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will please note the appearance of David S. Eggert as counsel on behalf of Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc., in the above-captioned action.

Dated: April 18, 2008
　　　　　　　　　　　　　　　　　　*/s/*　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　David S. Eggert (D.C. Bar No. 384641)
　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　　　555 Twelfth Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20004-1206
　　　　　　　　　　　　　　　　　　(202) 942-5000

　　　　　　　　　　　　　　　　　　*Counsel for Defendants Trinity Funding*
　　　　　　　　　　　　　　　　　　*Co., LLC, and GE Funding Capital Market*
　　　　　　　　　　　　　　　　　　*Services, Inc.*

**CERTIFICATE OF SERVICE**

      I, David S. Eggert, hereby certify that on this 18th day of April 2008, I served a true and correct copy of the Notice of Appearance of David S. Eggert on behalf of Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc., by first class mail, postage pre-paid, on the attached service list.

                                                    /s/
                                                    David S. Eggert

**Service List**

| | |
|---|---|
| Michael D. Hausfeld<br>Rocjard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, PLLC<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964 | FAIRFAX COUNTY, VIRGINIA |

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Carol v. Gilden*
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC  20002

Allan Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA  19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN  55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA  94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL &
 SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA  19102

Steven A. Kanner
FREED KANNER LONDON & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015

-3-

Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
 BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015

Michael D. Hausfeld                                              STATE OF MISSISSIPPI
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005-3964

William A. Isaacson
Tanya Chutkan
Jonathan Shaw
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue
Washington, DC  20015

Brett Hazzard
HAZZARD LAW, LLC
6360 I 55 N, Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR &
 ASSOCIATES PLLC
821 North Congress Street
P.O. Box 373
Jackson, MI  39205-0373

Brian K. Herington
BRENT COON & ASSOCIATES
6060 I-55 North, Suite 340
Jackson, MI  39211

| | |
|---|---|
| Jonathan Mark Shaw<br>BOIES, SCHILLER & FLEXNER, LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC  20015 | |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005-3964 | CITY OF FALL RIVER, MASSACHUSETTS |
| Joel Davidow<br>KILE GOEKJIAN REED &<br>  MCMANUS PLLC<br>1200 New Hampshire Avenue, N.W.<br>Suite 570<br>Washington, DC  20036 | |
| Jonathan Mark Shaw<br>BOIES, SCHILLER & FLEXNER, LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC  20015 | |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005-3964 | CHARLESTON COUNTY SCHOOL DISTRICT,<br>SOUTH CAROLINA |
| Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC  29401 | |

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015

Roland G. Riopelle                              HINDS COUNTY, MISSISSIPPI
SERCARZ & RIOPELLE LLP
152 West 57th Street
Suite 24C
New York, NY  10019

Margaret Kolodny Pfeiffer                       WACHOVIA BANK, N.A.
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20006-5805

AIG FINANCIAL PRODUCTS CORP.                    AIG FINANCIAL PRODUCTS CORP.
50 Danbury Road                                 No counsel of record
Wilton, CT 06897

BEAR, STEARNS & CO., INC.                       BEAR, STEARNS & CO., INC.
383 Madison Avenue                              No counsel of record
New York, NY 10019

FINANCIAL SECURITY ASSURANCE                    FINANCIAL SECURITY ASSURANCE
  HOLDINGS, LTD                                   HOLDINGS, LTD
31 West 52nd Street                             No counsel of record
New York, NY 10019

FINANCIAL SECURITY ASSURANCE,                   FINANCIAL SECURITY ASSURANCE, INC.
  INC.                                          No counsel of record
31 West 52nd Street
New York, NY 10019

FINANCIAL GUARANTY INSURANCE                    FINANCIAL GUARANTY INSURANCE
  COMPANY                                         COMPANY
125 Park Avenue                                 No counsel of record
New York, NY 10017

GENWORTH FINANCIAL INC.                         GENWORTH FINANCIAL INC.
6620 W. Broad Street                            No counsel of record
Richmond, VA 23230

| | |
|---|---|
| NATIXIS S.A.<br>45 Rue Saint-Dominique<br>75007 Paris, France | NATIXIS S.A.<br>No counsel of record |
| Peter Coyne Thomas<br>SIMPSON THACHER & BARTLETT,<br>  LLP<br>601 Pennsylvania Avenue NW<br>North Building<br>Washington, DC 20004 | JP MORGAN CHASE & CO. |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN  55402-7020 | PIPER JAFFRAY & CO.<br>No counsel of record |
| Michael Orth Ware<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019 | SOCIETE GENERALE SA |
| AIG SUNAMERICA LIFE ASSURANCE<br>  CO.<br>1 SunAmerica Center<br>Los Angeles, CA 90067-6022 | AIG SUNAMERICA LIFE ASSURANCE CO.<br>No counsel of record |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098<br>Zurich, Switzerland | UBS AG<br>No counsel of record |
| SECURITY CAPITAL<br>  ASSURANCE, INC.<br>A.S. Cooper Building<br>26 Reid Street<br>4th Floor<br>Hamiton, HM 11, Bermuda | SECURITY CAPITAL ASSURANCE INC.<br>No Counsel of record |
| XL ASSET FUNDING LLC<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL ASSET FUNDING LLC<br>No counsel of record |
| XL LIFE INSURANCE & ANNUITY<br>  COMPANY<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL LIFE INSURANCE & ANNUITY COMPANY<br>No counsel of record |

| | |
|---|---|
| Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | LEHMAN BROTHERS INC. |
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY  10080 | MERRILL LYNCH & CO., INC.<br>No counsel of record |
| MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036 | MORGAN STANLEY<br>No counsel of record |
| NATIONAL WESTMINSTER<br>  BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | NATIONAL WESTMINSTER BANK PLC<br>No counsel of record |
| NATIXIS FUNDING CORP.<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019 | NATIXIS FUNDING CORP.<br>No counsel of record |
| INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA  19464 | INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>No counsel of record |
| CDR FINANCIAL PRODUCTS<br>9777 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | CDR FINANCIAL PRODUCTS<br>No counsel of record |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA  91403 | FELD WINTERS FINANCIAL LLC<br>No counsel of record |
| WINTERS & CO. ADVISORS, LLC<br>11845 W. Olympic Boulevard<br>Suite 540<br>Los Angeles, CA 90064 | WINTERS & CO. ADVISORS, LLC<br>No counsel of record |

| | |
|---|---|
| Alden Lewis Atkins<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 | FIRST SOUTHWEST COMPANY |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO  64112 | GEORGE K. BAUM & CO.<br>No counsel of record |
| KINSELL NEWCOMB &<br>  DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA  92009 | KINSELL NEWCOMB & DE DIOS, INC.<br>No counsel of record |
| PACKERKISS SECURITIES, INC.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL  33444 | PACKERKISS SECURITIES, INC.<br>No counsel of record |
| SHOCKLEY FINANCIAL CORP.<br>2229 S. Joliet Way<br>Aurora, CO 80014 | SHOCKLEY FINANCIAL CORP.<br>No counsel of record |
| SOUND CAPITAL MANAGEMENT,<br>  INC.<br>6400 Flying Cloud Drive<br>Suite 210<br>Eden Prarie, MN 55344 | SOUND CAPITAL MANAGEMENT, INC.<br>No counsel of record |
| CAIN BROTHERS & CO., LLC<br>360 Madison Avenue<br>5th Floor<br>New York, NY  10017 | CAIN BROTHERS & CO., LLC<br>No counsel of record |
| MORGAN KEEGAN & CO., INC.<br>50 N. Front Street<br>Memphis, TN 38103 | MORGAN KEEGAN & CO., INC.<br>No counsel of record |