IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>  Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A., *et al.*,<br><br>  Defendants. | Civil Action No. 1:08-cv-000432 (JR) |

**MOTION FOR ADMISSION OF LAURENCE S. BERMAN *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Laurence S. Berman, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, Laurence S. Berman provides his declaration, attached as Exhibit A.

Respectfully submitted on this 18th day of April, 2008.

/s/ Richard A. Koffman
Michael D. Hausfeld (D.C. Bar No. 153742)
Richard A. Koffman (D.C. Bar No. 461145)
Megan E. Jones (D.C. Bar No. 467255)
Christopher J. Cormier (D.C. Bar No. 496384)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

## DECLARATION OF LAURENCE S. BERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Laurence S. Berman, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner at the law firm of Levin, Fishbein, Sedran & Berman, and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. My office address is 510 Walnut Street, Suite 500, Philadelphia, PA 19106. My business telephone is (215) 592-1500.

3. I am a member of the Pennsylvania State Bar, No. 26965. I am also admitted to U.S. District Court, Eastern and Middle Districts of Pennsylvania and U.S. Court of Appeals,

IMANAGE 358962.1

1

Third, Fourth and Seventh Circuits.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this ____ day of _____, 2008, at Philadelphia, Pennsylvania.

LAURENCE S. BERMAN, ESQUIRE
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)

IMANAGE 358962.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Laurence S. Berman *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                        _____
                                                        The Honorable James Robertson
                                                        Judge, U.S.D.C. District of Columbia

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motions for Admission of Arnold Levin and Laurence S. Berman *Pro Hac Vice* were served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North, Suite 340
Jackson, MS 39211

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS 39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MS 39205-0373

Paul Bennett
Steven Sidener
Andrew Dirksen
GOLD BENNETT CERA & SIDENER LLP
595 Market St., Suite 2300
San Francisco, CA 94105

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market St.
Philadelphia, PA 19103

| | |
|---|---|
| Julia Jordan<br>**SULLIVAN & CROMWELL LLP**<br>1701 Pennsylvania Ave., N.W.<br>Washington, D.C. | Karen Seymour<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad St.<br>New York, NY 10004-2498 |

WACHOVIA BANK N.A.

Robert Hotz
Joseph Sorkin
Richard Zabel
**Akin Gump Strauss Hauer & Feld LLP**
590 Madison Ave.
New York, NY 10022-2524

AIG FINANCIAL PRODUCTS CORP. and
  AIG SUN AMERICA LIFE ASSURANCE CO.

2

363282.1 1

**George K. Baum & Co.**
4801 Main Street, Suite 500
Kansas City, MO 64112

Ben Duke
Aaron Marcu
Kimberly Zelnick
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Ave.
New York, NY 10018-1405

Anita Stork
**COVINGTON & BURLING LLP**
One Front St.
San Francisco, CA 94111-5356

BEAR, STEARNS & CO., INC.

Richard W. Beckler
Joseph Walker
**HOWREY LLP**
1299 Pennsylvania Ave., N.W.
Washington, .D.C 20004

Amory Donelly
**HOWREY LLP**
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022

CDR FINANCIAL PRODUCTS

**Cain Brothers & Co., LLC**
360 Madison Ave., 5th Floor
New York, NY 10017

**Feld Winters Financial LLC**
15260 Ventura Boulevard, Suite 2220
Sherman Oaks, CA 91403

Joseph Bial
**Cadwalader, Wickersham & Taft LLP**
1201 F Street, N.W.
Washington, D.C. 20004
  FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD. and FINANCIAL SECURITY
                ASSURANCE, INC.

**Financial Guaranty Insurance Company**
125 Park Avenue
New York, NY 10017

Brian E. Robison
**Vinson & Elkins LLP**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

FIRST SOUTHWEST CO.

Neil K. Gilman
R. Hewitt Pate
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, D.C. 20006
GENWORTH FINANCIAL INC.

| | |
|---|---|
| Timothy Hoeffner<br>**SAUL EWING LLP**<br>Centre Square West<br>1500 Market St., 38th Floor<br>Philadelphia, PA 19102-2186 | Ritter Willis<br>**SAUL EWING LLP**<br>2600 Virginia Ave., N.W.<br>Suite 1000 – The Watergate<br>Washington, D.C. 20037-1922 |

INVESTMENT MANAGEMENT ADVISORY GROUP, INC.

| | |
|---|---|
| John Briody<br>Tom Rice<br>Joseph Wayland<br>**Simpson Thacher & Bartlett LLP**<br>425 Lexington Ave.<br>New York, NY 10017 | Peter Thomas<br>**Simpson Thacher & Bartlett LLP**<br>601 Pennsylvania Ave., 10th Floor<br>North Building, N.W.<br>Washington, D.C. 20004 |

JP MORGAN CHASE & CO.

**KINSELL NEWCOMB & DE DOIS, INC.**
2776 Gateway Road
Carlsbad, CA 92009

**LEHMAN BROTHERS, INC.**
745 Seventh Avenue
New York, NY 10019

**MERRILL LYNCH & CO.; MERRILL LYNCH & Co., INC.**
4 World Financial Center
250 Vesey Street
New York, NY 10080

**MORGAN KEEGAM & CO., INC.**
50 North Front St.
Memphis, TN 38103

| | |
|---|---|
| Paul Eckles<br>Shep Goldfein<br>James Keyte<br>Colleen Mahoney<br>**Skadden Arps Slate Meagher & Flom LLP**<br>Four Times Square<br>New York, NY 10036 | Robyn Quattrone<br>**Skadden Arps Slate Meagher & Flom LLP**<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005 |

MORGAN STANLEY

363282.1 1

Jon Fetterolf
Steven Kuney
David Zinn
**Williams & Connolly**
725 12th Street, N.W.
Washington, D.C. 20005

UBS AG

Gary Licenberg
Mark Masters
**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks & Licenberg**, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

WINTERS & CO.

Robert A. Alessi
**Cahill Gordon & Reindel LLP**
Eighty Pine St.
New York, NY 10005-1702

   XL ASSET FUNDING LLC; XL LIFE INSURANCE & ANNUITY CO.


Date: April 18, 2008

                */s/ Linda Aono*
                Linda Aono