IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>                Plaintiffs,<br><br>    v.<br><br>WACHOVIA BANK, N.A., *et al.*,<br><br>                Defendants. | Civil Action No. 1:08-cv-000432 (JR) |

**MOTION FOR ADMISSION OF C. ANDREW DIRKSEN *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, C. Andrew Dirksen, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, C. Andrew Dirksen provides his declaration, attached as Exhibit A.

IMANAGE 358959.1

- 1 -

Respectfully submitted on this 23rd day of April, 2008.

        /s/ Richard A. Koffman
Michael D. Hausfeld (D.C. Bar No. 153742)
Richard A. Koffman (D.C. Bar No. 461145)
Megan E. Jones (D.C. Bar No. 467255)
Christopher J. Cormier (D.C. Bar No. 496384)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

IMANAGE 358959.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA BANK, N.A., *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:08-cv-00432 (JR) |

**DECLARATION OF C. ANDREW DIRKSEN IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, C. Andrew Dirksen, make the following declaration pursuant to 28 U.S.C. §1746:

1.　　I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.　　I am an associate at the law firm of Gold Bennett Cera & Sidener LLP, and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. My office address is 595 Market Street, Suite 2300, San Francisco, California 94105. My business telephone is 415-777-2230.

//

//

#118946

3.  I am a member of the California State Bar, No.197378. I am also admitted to practice in the courts of the United States Court of Appeals for the Ninth Circuit and United States Court for the Northern District of California.

4.  I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.  The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

>   Richard A. Koffman (D.C. Bar No. 461145)
>   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>   1100 New York Avenue NW
>   Suite 500, West Tower
>   Washington, D.C. 20005
>   Phone: 202.408.4600
>   Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of April, 2008, at San Francisco, California.

_____
C. Andrew Dirksen (CA SBN 197378)
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Phone: 415.777.2230
Fax: 415.777.5189

#118946

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

WACHOVIA BANK, N.A., *et al.*,

        Defendants.

Civil Action No. 1:08-cv-000432 (JR)

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of C. Andrew Dirksen *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

        _____
        The Honorable James Robertson
        Judge, U.S.D.C. District of Columbia