UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,          :
                                             :
      Plaintiffs,                            :
                                             :
  v.                                         :   Civil Action No. 08-0432 (JR)
                                             :
WACHOVIA BANK N.A., *et al.*,                :
                                             :
      Defendants.                            :

### ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Craig T. Stewart [41], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                          JAMES ROBERTSON
                              United States District Judge