UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,  :
:
    Plaintiffs,  :
:
  v.  :  Civil Action No. 08-0432 (JR)
:
WACHOVIA BANK N.A., *et al.*,  :
:
    Defendants.  :

### ORDER

Upon consideration of defendants Trinity Funding Co., LLC and GE Funding Capital Market Services, Inc.'s motion for the *pro hac vice* appearance of Craig T. Stewart [41], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                          JAMES ROBERTSON
                               United States District Judge