UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>      Defendants. | No. 08 Civ. 432 (JR) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    I, the undersigned, counsel of record for Defendant Bear, Stearns & Co., Inc. ("Bear Stearns"), certify that to the best of my knowledge and belief, other than as set forth in the following paragraph, there are no parents, subsidiaries, or affiliates of Bear Stearns which have any outstanding securities in the hands of the public.

    The Bear Stearns Companies, Inc., the parent company of Bear Stearns, and JPMorgan Chase & Co., which owns a substantial number of shares of The Bear Stearns Companies, Inc., have outstanding securities in the hands of the public.

    Additionally, I note that as publicly announced on March 24, 2008, The Bear Stearns Companies Inc., has entered into an amended merger agreement regarding JPMorgan Chase & Co.'s proposed acquisition of The Bear Stearns Companies Inc.

    These representations are made in order that judges of this Court may determine the need for recusal.

DC: 2802871-1

2

Dated: Washington, D.C.

May 8, 2008

                                    COVINGTON & BURLING LLP

                              By:     /s/ Robert D. Wick
                                    Robert D. Wick (DC Bar No. 440817)
                                    1201 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 200004
                                    rwick@cov.com
                                    (202) 662-5487

                                    *Attorney for Defendant Bear, Stearns & Co., Inc.*

## CERTIFICATE OF SERVICE

        I, Robert D. Wick, hereby certify that on the 8th day of May, 2008, I served a true and correct copy of the Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia for Defendant Bear, Stearns & Co., Inc., by first-class mail, postage pre-paid, on the attached service list.

                                                /s/ Robert D. Wick
                                                Robert D. Wick

**Service List**

| **Plaintiffs** | |
|---|---|
| | |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964 | **FAIRFAX COUNTY, VIRGINIA** |
| Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.<br>One Embarcadero Plaza<br>San Francisco, CA 94111 | |
| Robert G. Eisler<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street<br>Thirtieth Floor<br>New York, NY 10022 | |
| Carol V. Gilden<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>190 South LaSalle Street<br>Suite 1705<br>Chicago, IL 60603 | |

DC: 2822431-1

| **Plaintiffs** | |
| --- | --- |
| | |
| Jonathan W. Cuneo<br>Daniel M. Cohen<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, NE<br>Washington, DC  20002 | |
| Allan Black<br>Roberta Liebenberg<br>Donald Perelman<br>FINE KAPLAN & BLACK, RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA  19103 | |
| Samuel D. Heins<br>Vincent J. Esades<br>HEINS MILLS & OLSEN<br>310 Clifton Avenue<br>Minneapolis, MN 55403 | |
| Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMlTH LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111 | |
| Steven Greenfogel<br>MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 | |
| Steven A. Kanner<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015 | |
| Arnold Levin<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106-3697 | |
| | |

- 3 -

| **Plaintiffs** | |
| --- | --- |
| | |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cornier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964 | **STATE OF MISSISSIPPI** |
| William A. Isaacson<br>Tanya Chutkan<br>Jonathan Shaw<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue<br>Washington, DC 20015 | |
| Brett Hazzard<br>HAZZARD LAW, LLC<br>6360 I-55 North, Suite 340<br>Jackson, MS 39211 | |
| Precious Martin Senior<br>PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC<br>821 North Congress Street<br>P.O. Box 373<br>Jackson, MI 39205-0373 | |
| Brian K. Herrington<br>BRENT COON & ASSOCIATES<br>6360 I-55 North, Suite 340<br>Jackson, MI 39211 | |
| | |

- 4 -

| **Plaintiffs** | |
| --- | --- |
| | |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cornier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964 | **CITY OF FALL RIVER, MASSACHUSETTS** |
| Joel Davidow<br>KILE GOEKJIAN REED & MCMANUS PLLC<br>1200 New Hampshire Avenue, NW<br>Suite 570<br>Washington, DC 20036 | |
| | |
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cornier<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964 | **CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA** |
| Armand Derfner<br>DERFNER ALTMAN & WILBORN<br>40 Calhoun Street, Suite 410<br>P.O. Box 600<br>Charleston, SC 29401 | |
| | |
| Roland G. Riopelle<br>SERCARZ & RIOPELLE LLP<br>152 West 57th Street<br>Suite 24C<br>New York, NY 10019 | **HINDS COUNTY, MISSISSIPPI** |

- 5 -

| **Defendants** | |
| --- | --- |
| Julia Jordan<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-5805 | **WACHOVIA BANK, N.A.** |
| David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | |
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | **AIG FINANCIAL PRODUCTS CORP.** |
| Joseph Bial<br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC 20004 | **FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD**<br><br>**FINANCIAL SECURITY ASSURANCE, INC.** |
| FINANCIAL GUARANTY INSURANCE CO.<br>125 Park Avenue<br>New York, NY 10017 | **FINANCIAL GUARANTY INSURANCE COMPANY**<br><br>No Counsel of Record |
| David Eggert<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 | **TRINITY FUNDING CO. LLC** |

- 5 -

| **Defendants** | |
| --- | --- |
| | |
| Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | |
| David Eggert<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 | **GE FUNDING CAPITAL MARKET SERVICES, INC.** |
| Neil K. Gilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC 20006 | **GENWORTH FINANCIAL INC.** |
| Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>Howard J. Rubin<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY 10019 | **NATIXIS S.A.**<br>**NATIXIS FUNDING CORP.** |
| Peter C. Thomas<br>SIMPSON THATCHER & BARTLETT LLP<br>601 Pennsylvania Avenue, NW<br>North Building, 10th Floor<br>Washington, DC 20004 | **JPMORGAN CHASE & CO.** |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | **PIPER JAFFRAY & CO.** |
| | |

| **Defendants** | |
| --- | --- |
| Mathew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 | **SOCIETE GENERALE SA** |
| Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, 1L 60606 | |
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY  10022-2524 | **AIG SUNAMERICAN LIFE ASSURANCE CO.** |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY<br>725 12th Street, NW<br>Washington, D.C.  20005 | **UBS AG** |
| SECURITY CAPITAL ASSURANCE, INC.<br>A.S. Cooper Building<br>26 Reid Street<br>4th Floor<br>Hamilton, HM 11, Bermuda | **SECURITY CAPITAL ASSURANCE INC.**<br><br>No Counsel of Record |

- 8 -

| **Defendants** | |
| --- | --- |
| | |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, NY  10005-1702 | **XL ASSET FUNDING LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |
| | |
| LEHMAN BROTHERS, INC.<br>745 Seventh Avenue<br>New York, NY  10019 | **LEHMAN BROTHERS INC.** |
| | |
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY  10080 | **MERRILL LYNCH & CO., INC.** |
| | |
| Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036 | **MORGAN STANLEY** |
| Colleen Mahoney<br>Quattrone, Robyn<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, D.C.  20005 | |
| | |
| NATIONAL WESTMINSTER BANK PLC<br>135 Bishopgate<br>London<br>EC2M 3 UR, England | **NATIONAL WESTMINSTER BANK PLC**<br><br>No Counsel of Record |
| | |
| INVESTMENT MANAGEMENT ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA  19465 | **INVESTMENT MANAGEMENT ADVISORY GROUP, INC.** |

| **Defendants** | |
| --- | --- |
| | |
| | |
| CAIN BROTHERS & CO., LLC<br>360 Madison Avenue<br>5th Floor<br>New York, NY  10017 | **CAIN BROTHERS & CO., LLC** |
| | |
| Richard W. Beckler<br>Joseph Walker<br>HOWREY LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC  20004 | **CDR FINANCIAL PRODUCTS** |
| Amory Donnelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | |
| | |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Blvd.<br>Suite 2220<br>Sherman Oaks, CA  94103 | **FELD WINTERS FINANCIAL LLC**<br><br>No Counsel of Record |
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California  90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| | |
| Brian E. Robinson<br>VINSON & ELKINS LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX  75201 | **FIRST SOUTHWEST COMPANY** |
| | |

| **Defendants** | |
| --- | --- |
| | |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 | **GEORGE K. BAUM & CO.** |
| | |
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA 92009 | **KINSELL NEWCOMB & DE DIOS INC.**<br><br>No Counsel of Record |
| | |
| PACKERKISS SECURITIES, INC.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL 33444 | **PACKERKISS SECURITIES, INC.**<br><br>No Counsel of Record |
| | |
| Daniel Kaplan<br>PERRY, GUTHERY, HAASE & GESSFORD P.C., LLO<br>233 South 13th Street, Suite 1400<br>Lincoln, Nebraska 68508 | **SHOCKLEY FINANCIAL CORP.** |
| | |
| John Lundquist<br>Nicole Moen<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | **SOUND CAPITAL MANAGEMENT, INC.** |
| | |
| Joseph D. Edmondson<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC 20007 | **MORGAN KEEGAN & CO., INC.** |