## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, et al., on behalf
of themselves and all other similarly situated
entities,

        Plaintiffs,

        v.

WACHOVIA BANK N.A., et al.,

        Defendants.

Via ECF

Civil Action No.
1:08-cv-0432 (JR)

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for AIG Financial Products Corp. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AIG Financial Products Corp. which have any outstanding securities in the hands of the public.

AIG Financial Products Corp. is a wholly owned subsidiary of American International Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: Washington, D.C.
       May 21, 2008

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By _____/s/ Mark J. Botti_____
                        Mark J. Botti (D.C. Bar No. 416948)
                        AKIN GUMP STRAUSS HAUER & FELD LLP
                        Robert S. Strauss Building
                        1333 New Hampshire Avenue, N.W.
                        Washington, D.C., 20036-1564
                        Tel:  202.887.4000
                        Fax:  202.887.4288

                        *Counsel for AIG Financial Products Corp.*