UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., BEAR STERNS & CO., INC., AIG SUNAMERICA LIFE ASSURANCE COMPANY, FINANCIAL SECURITY ASSURANCE HOLDING LTD., FINANCIAL ASSURANCE SECURITY ASSURANCE INC., FINANCIAL GUARANTY INSURANCE COMPANY, TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC., GENWORTH FINANCIAL INC., NATIXIS S.A., JPMORGAN CHASE & CO., PIPER JAFFRAY & CO., SOCIETE GENERALE SA, UBS AG, SECURITY CAPITAL ASSURANCE INC., XL ASSET FUNDING LLC, XL LIFE INSURANCE & ANNUITY COMPANY, LEHMAN BROTHERS, INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY, NATIONAL WESTMINSTER BANK PLC, NATIXIS FUNDING CORP., INVESTMENT MANAGEMENT ADVISORY GROUP, INC., CDR FINANCIAL PRODUCTS, FELD WINTERS FINANCIAL LLC, WINTERS & CO. ADVISORS, LLC, FIRST SOUTHWEST COMPANY, GEORGE K. BAUM & CO., KINSELL NEWCOMB & DE DIOS INC., PACKERKISS SECURITIES, INC., SHOCKLEY FINANCIAL CORP., SOUND CAPITAL MANAGEMENT, INC., CAIN BROTHERS & CO. LLC, MORGAN KEEGAN & CO., INC.,<br><br>and | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

| |
|---|
| AIG FINANCIAL PRODUCTS CORP.<br>50 Danbury Road<br>Wilton, CT 06897,<br><br>                Defendants. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Botti of Akin Gump Strauss Hauer & Feld LLP, with offices at the Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W., Washington, D.C., 20036-1564, hereby appears as counsel on behalf of Defendant AIG Financial Products Corp., in the above captioned action.

Dated: Washington, D.C.
       May 21, 2008

                          AKIN GUMP STRAUSS HAUER & FELD LLP

                          By      /s/ Mark J. Botti
                               Mark J. Botti (D.C. Bar No. 416948)
                               AKIN GUMP STRAUSS HAUER & FELD LLP
                               Robert S. Strauss Building
                               1333 New Hampshire Avenue, N.W.
                               Washington, D.C., 20036-1564
                               Tel:  202.887.4000
                               Fax: 202.887.4288

                               *Counsel for AIG Financial Products Corp.*