UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>　　　　　　Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for AIG SunAmerica Life Assurance Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AIG SunAmerica Life Assurance Company which have any outstanding securities in the hands of the public.

AIG SunAmerica Life Assurance Company is a wholly owned subsidiary of SunAmerica Life Insurance Company, which is a wholly owned subsidiary of AIG Retirement Services, Inc., which is a wholly owned subsidiary of American International Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: Washington, D.C.
      May 21, 2008

                           AKIN GUMP STRAUSS HAUER & FELD LLP

                    By     /s/ Mark J. Botti
                        Mark J. Botti (D.C. Bar No. 416948)
                        AKIN GUMP STRAUSS HAUER & FELD LLP
                        Robert S. Strauss Building
                        1333 New Hampshire Avenue, N.W.
                        Washington, D.C., 20036-1564
                        Tel:  202.887.4000
                        Fax: 202.887.4288

                        *Counsel for AIG SunAmerica Life Assurance Company*