UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, STATE OF MISSISSIPPI, CITY OF FALL RIVER, MASSACHUSETTS, and CHARLESTON COUNTY SCHOOL DISTRICT, SOUTH CAROLINA, on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., BEAR STERNS & CO., INC., AIG FINANCIAL PRODUCTS CORP., FINANCIAL SECURITY ASSURANCE HOLDING LTD., FINANCIAL ASSURANCE SECURITY ASSURANCE INC., FINANCIAL GUARANTY INSURANCE COMPANY, TRINITY FUNDING CO. LLC, GE FUNDING CAPITAL MARKET SERVICES, INC., GENWORTH FINANCIAL INC., NATIXIS S.A., JPMORGAN CHASE & CO., PIPER JAFFRAY & CO., SOCIETE GENERALE SA, UBS AG, SECURITY CAPITAL ASSURANCE INC., XL ASSET FUNDING LLC, XL LIFE INSURANCE & ANNUITY COMPANY, LEHMAN BROTHERS, INC., MERRILL LYNCH & CO., INC., MORGAN STANLEY, NATIONAL WESTMINSTER BANK PLC, NATIXIS FUNDING CORP., INVESTMENT MANAGEMENT ADVISORY GROUP, INC., CDR FINANCIAL PRODUCTS, FELD WINTERS FINANCIAL LLC, WINTERS & CO. ADVISORS, LLC, FIRST SOUTHWEST COMPANY, GEORGE K. BAUM & CO., KINSELL NEWCOMB & DE DIOS INC., PACKERKISS SECURITIES, INC., SHOCKLEY FINANCIAL CORP., SOUND CAPITAL MANAGEMENT, INC., CAIN BROTHERS & CO. LLC, MORGAN KEEGAN & CO., INC.,<br><br>and | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

| AIG SUNAMERICA LIFE ASSURANCE COMPANY |
| 1 SunAmerica Center |
| Los Angeles, CA 90067-6022, |

       Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Botti of Akin Gump Strauss Hauer & Feld LLP, with offices at the Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W., Washington, D.C., 20036-1564, hereby appears as counsel on behalf of Defendant AIG SunAmerica Life Assurance Company, in the above captioned action.

Dated: Washington, D.C.
   May 21, 2008

         AKIN GUMP STRAUSS HAUER & FELD LLP

         By  /s/ Mark J. Botti
          Mark J. Botti (D.C. Bar No. 416948)
          AKIN GUMP STRAUSS HAUER & FELD LLP
          Robert S. Strauss Building
          1333 New Hampshire Avenue, N.W.
          Washington, D.C., 20036-1564
          Tel:  202.887.4000
          Fax: 202.887.4288

         *Counsel for AIG SunAmerica Life Assurance Company*