UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>        Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>        Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Mark J. Botti, am a member in good standing of the Bar of this Court. I hereby move, pursuant to Local Rule 83.2(d), for the admission of Richard B. Zabel and Robert H. Hotz, Jr. to appear *pro hac vice* on behalf of Defendants AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company in the above-captioned action. Attached as Exhibit A to this motion is the Declaration of Richard B. Zabel and attached as Exhibit B to this motion is the Declaration of Robert H. Hotz, Jr., both in conformity with the Local Rules.

Dated: Washington, D.C.
       May 21, 2008

                                      AKIN GUMP STRAUSS HAUER & FELD LLP

                                      By     /s/ Mark J. Botti
                                          Mark J. Botti (D.C. Bar No. 416948)
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          Robert S. Strauss Building
                                          1333 New Hampshire Avenue, N.W.
                                          Washington, D.C., 20036-1564
                                          Tel: 202.887.4000
                                          Fax: 202.887.4288

                                          *Counsel for defendants AIG Financial Products*
                                          *Corp. and AIG SunAmerica Life Assurance*
                                          *Company*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

## **LOCAL RULE 83.2(d) DECLARATION OF RICHARD B. ZABEL**

I, Richard B. Zabel, make the following declaration pursuant to 28 U.S.C. § 1746:

1. My full name is Richard B. Zabel.

2. My office address and telephone number are:

   AKIN GUMP STRAUSS HAUER & FELD LLP
   590 Madison Avenue
   New York, New York 10022
   (212) 872-1000.

3. I am admitted to the bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 21, 2008

                                      AKIN GUMP STRAUSS HAUER & FELD LLP

                                      By _____
                                            Richard B. Zabel
                                      AKIN GUMP STRAUSS HAUER & FELD LLP
                                      590 Madison Avenue
                                      New York, New York 10022
                                      Tel:  212.872.1000
                                      Fax:  212.872.1002

                                      *Counsel for defendants AIG Financial Products*
                                      *Corp. and AIG SunAmerica Life Assurance*
                                      *Company*

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>            Plaintiffs,<br><br>            v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>            Defendants. | <u>Via ECF</u><br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

## **LOCAL RULE 83.2(d) DECLARATION OF ROBERT H. HOTZ, JR.**

I, Robert H. Hotz, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. My full name is Robert H. Hotz, Jr.

2. My office address and telephone number are:

   AKIN GUMP STRAUSS HAUER & FELD LLP
   590 Madison Avenue
   New York, New York 10022
   (212) 872-1000.

3. I am admitted to the bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      May 21, 2008

                                      AKIN GUMP STRAUSS HAUER & FELD LLP

                                      By /s/ Robert N. Hotz, Jr.
                                         Robert H. Hotz, Jr.
                                         AKIN GUMP STRAUSS HAUER & FELD LLP
                                         590 Madison Avenue
                                         New York, New York 10022
                                         Tel:  212.872.1000
                                         Fax:  212.872.1002

                                         *Counsel for defendants AIG Financial Products*
                                         *Corp. and AIG SunAmerica Life Assurance*
                                         *Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Richard B. Zabel *Pro Hac Vice* and supporting declaration, and pursuant to Local Rule 83.2(d),

IT IS, this ____ day of _____, 2008, ORDERED that the Motion be and hereby is GRANTED.

_____
The Honorable James Robertson
Judge, U.S.D.C. District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>    Plaintiffs,<br><br>    v.<br><br>WACHOVIA BANK N.A., et al.,<br><br>    Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-0432 (JR) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Robert H. Hotz, Jr. *Pro Hac Vice* and supporting declaration, and pursuant to Local Rule 83.2(d),

IT IS, this ____ day of _____, 2008, ORDERED that the Motion be and hereby is GRANTED.

                       _____
                       The Honorable James Robertson
                       Judge, U.S.D.C. District of Columbia