UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-0432 (JR) |
| WACHOVIA BANK N.A., *et al.*, | : |
| Defendants. | : |

### ORDER

Upon consideration of defendants AIG Sunamerica Life Assurance Co. And AIG Financial Products Corp.'s motion for the *pro hac vice* appearances of Richard B. Zabel and Robert H. Hotz [61], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge