## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al. )  | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | No. 08 Civ. 432 (JR) |
| ) | |
| WACHOVIA BANK N.A., et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk will please note the appearance of Jon J. Nathan as counsel on behalf of Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc., in the above-captioned action.

Dated: June 5, 2008

*/s/*
Jon J. Nathan (D.C. Bar No. 484820)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

*Counsel for Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc.*

## CERTIFICATE OF SERVICE

I, Laura Cofer Taylor, hereby certify that on this 5th day of June 2008, I served a true and correct copy of the Notice of Appearance of Jon J. Nathan on behalf of Defendants Trinity Funding Co., LLC, and GE Funding Capital Market Services, Inc., by first class mail, postage pre-paid, on the attached service list.

/s/
Laura Cofer Taylor

## Service List

Michael D. Hausfeld
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005-3964

Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

Robert G. Eisler
Carol v. Gilden
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Dylan J. McFarland
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN  55403

FAIRFAX COUNTY, VIRGINIA

-2-

Allan Steyer
D. Scott Macrae
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA  94111

Laurence S. Berman
Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
 BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015

C. Andrew Dirksen
Paul F. Bennett
Steven O. Sidener
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA  94105

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

Michael D. Hausfeld                                                STATE OF MISSISSIPPI
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005-3964

Jonathan M. Shaw
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue
Washington, DC  20015

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street
Third Floor
San Francisco, CA  94111

Arnold Levin
Laurence S. Berman
LEVIN, FISHBEIN, SEDRAN &
  BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA  19106

C. Andrew Dirksen
Paul F. Bennett
Steven O. Sidener
GOLD BENNETT CERA &
  SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA  94105

Carol v. Gilden
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

D. Scott Macrae
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA  94111

Dylan J. McFarland
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN  55403

Jon T. King
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Michael D. Hausfeld                                          CITY OF FALL RIVER, MASSACHUSETTS
Richard A. Koffman
Megan E. Jones
Christopher J. Cormier
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005-3964

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015

Allan Steyer
D. Scott Macrae
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA  94111

Arnold Levin
Laurence S. Berman
LEVIN, FISHBEIN, SEDRAN &
  BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA  19106

C. Andrew Dirksen
Paul F. Bennett
Steven O. Sidener
GOLD BENNETT CERA &
  SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA  94105

Robert G. Eisler
Carol v. Gilden
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
  TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

Dylan J. McFarland
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN  55403


Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103

| | |
|---|---|
| Michael D. Hausfeld<br>Richard A. Koffman<br>Megan E. Jones<br>Christopher J. Cormier<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005-3964 | CHARLESTON COUNTY SCHOOL DISTRICT,<br>SOUTH CAROLINA |

Jonathan Mark Shaw
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015

Allan Steyer
D. Scott Macrae
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA  94111

Arnold Levin
Laurence S. Berman
LEVIN, FISHBEIN, SEDRAN &
  BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA  19106

C. Andrew Dirksen
Paul F. Bennett
Steven O. Sidener
GOLD BENNETT CERA &
  SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA  94105

Robert G. Eisler
Carol v. Gilden
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603

Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
 TOLL, PLLC
One Embarcadero Plaza
San Francisco, CA 94111

Dylan J. McFarland
Vincent J. Esades
HEINS MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN 55403

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

| | |
|---|---|
| Margaret Kolodny Pfeiffer<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, DC 20006-5805 | WACHOVIA BANK, N.A. |
| Mark J. Botti<br>AKIN GUMP STRAUSS HAUER &<br> FELD, LLP<br>1333 New Hampshire Avenue, N.W.<br>Suite 4000<br>Washington, DC 20036 | AIG FINANCIAL PRODUCTS CORP. |
| Robert D. Wick<br>COVINGTON & BURLING<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2494 | BEAR, STEARNS & CO., INC. |

| | |
|---|---|
| FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE, INC.<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE, INC.<br>No counsel of record |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>125 Park Avenue<br>New York, NY 10017 | FINANCIAL GUARANTY INSURANCE COMPANY<br>No counsel of record |
| GENWORTH FINANCIAL INC.<br>6620 W. Broad Street<br>Richmond, VA 23230 | GENWORTH FINANCIAL INC.<br>No counsel of record |
| NATIXIS S.A.<br>45 Rue Saint-Dominique<br>75007 Paris, France | NATIXIS S.A.<br>No counsel of record |
| Peter Coyne Thomas<br>SIMPSON THACHER & BARTLETT, LLP<br>601 Pennsylvania Avenue NW<br>North Building<br>Washington, DC 20004 | JP MORGAN CHASE & CO. |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | PIPER JAFFRAY & CO.<br>No counsel of record |
| Michael Orth Ware<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 | SOCIETE GENERALE SA |

| | |
|---|---|
| Mark J. Botti<br>AKIN GUMP STRAUSS HAUER &<br>  FELD, LLP<br>1333 New Hampshire Avenue, N.W.<br>Suite 4000<br>Washington, DC  20036 | AIG SUNAMERICA LIFE ASSURANCE CO. |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098<br>Zurich, Switzerland | UBS AG<br>No counsel of record |
| SECURITY CAPITAL<br>  ASSURANCE, INC.<br>A.S. Cooper Building<br>26 Reid Street<br>4th Floor<br>Hamiton, HM 11, Bermuda | SECURITY CAPITAL ASSURANCE INC.<br>No Counsel of record |
| XL ASSET FUNDING LLC<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL ASSET FUNDING LLC<br>No counsel of record |
| XL LIFE INSURANCE & ANNUITY<br>  COMPANY<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL LIFE INSURANCE & ANNUITY COMPANY<br>No counsel of record |
| Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | LEHMAN BROTHERS INC. |
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY  10080 | MERRILL LYNCH & CO., INC.<br>No counsel of record |
| MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036 | MORGAN STANLEY<br>No counsel of record |

| | |
|---|---|
| NATIONAL WESTMINSTER<br>  BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | NATIONAL WESTMINSTER BANK PLC<br>No counsel of record |
| NATIXIS FUNDING CORP.<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019 | NATIXIS FUNDING CORP.<br>No counsel of record |
| INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA  19464 | INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>No counsel of record |
| CDR FINANCIAL PRODUCTS<br>9777 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | CDR FINANCIAL PRODUCTS<br>No counsel of record |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA  91403 | FELD WINTERS FINANCIAL LLC<br>No counsel of record |
| WINTERS & CO. ADVISORS, LLC<br>11845 W. Olympic Boulevard<br>Suite 540<br>Los Angeles, CA 90064 | WINTERS & CO. ADVISORS, LLC<br>No counsel of record |
| Alden Lewis Atkins<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 | FIRST SOUTHWEST COMPANY |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO  64112 | GEORGE K. BAUM & CO.<br>No counsel of record |
| KINSELL NEWCOMB &<br>  DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA  92009 | KINSELL NEWCOMB & DE DIOS, INC.<br>No counsel of record |

PACKERKISS SECURITIES, INC.  
Fifteen North East Fourth Street  
Suite A  
Delray Beach, FL 33444

PACKERKISS SECURITIES, INC.  
No counsel of record

SHOCKLEY FINANCIAL CORP.  
2229 S. Joliet Way  
Aurora, CO 80014

SHOCKLEY FINANCIAL CORP.  
No counsel of record

SOUND CAPITAL MANAGEMENT, INC.  
6400 Flying Cloud Drive  
Suite 210  
Eden Prarie, MN 55344

SOUND CAPITAL MANAGEMENT, INC.  
No counsel of record

CAIN BROTHERS & CO., LLC  
360 Madison Avenue  
5th Floor  
New York, NY 10017

CAIN BROTHERS & CO., LLC  
No counsel of record

MORGAN KEEGAN & CO., INC.  
50 N. Front Street  
Memphis, TN 38103

MORGAN KEEGAN & CO., INC.  
No counsel of record