AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of Columbia

Fairfax County, Virginia, et al.

V.

Wachovia Bank N.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: Civ. A. No. 08-432-~~EGS~~- Rmc

TO: (Name and address of Defendant)

Wachovia Bank N.A.
301 S. College Street, Suite 4000
One Wachovia Center
Charlotte, NC 28288-0013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West

Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____ _20_ _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

_____
CLERK

_____
(By) DEPUTY CLERK

MAR 2 1 2008

_____
DATE

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 28, 2008    1:50p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Wendy H. Overton | private process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  by serving Pamela McCuller, Paralegal, authorized to accept. Service was completed at 301 S. College Street, Charlotte, NC  28288

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2008
_____
Date

Signature of Server   *Capitol Process Services, Inc.*
1827 18th Street, NW
Washington, DC 20009

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.