AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

Fairfax County, Virginia, et al.

V.

Wachovia Bank N.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: Civ. A. No. 08-432 ~~EGS~~ Rmc

TO: (Name and address of Defendant)
AIG Financial Products Corp.
50 Danbury Road
Wilton, CT 06897

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        MAR 21 2008
CLERK                          DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/27/08 @ 2:35 P.M. |
| NAME OF SERVER (PRINT)<br>ERIC RUBIN | TITLE | PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving William Shirley, Executive Vice President, authorized to accept. Service was completed at 50 Danbury Road, Wilton, CT 06897

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/1/08__
Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.