IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., | ) |
|                   Plaintiffs, | )  **No: 1:08 Civ. 432 (JR)** |
| v. | ) |
| WACHOVIA BANK, N.A., et al. | ) |
|                   Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles L. Miller Jr. hereby appears in this action on behalf of Defendant National Westminster Bank plc. This Notice is filed without waiver of any defenses or objections, including without limitation jurisdictional and venue defenses.

Dated: June 20, 2008
       Washington, D.C.

                                Attorney of Record for National Westminster Bank

                                /s/ Charles L Miller, Jr.

                              Charles L. Miller, Jr.
                              D.C. Bar No. 420854
                              DICKSTEIN SHAPIRO LLP
                              1825 Eye Street, NW
                              Washington, DC  2006-5403
                              (202) 420-2200
                              millerc@dicksteinshapiro.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed this 20th day of June, 2008, with the Clerk of the Court through the Court's CM/ECF system, which automatically notifies counsel for the following parties, who have appeared in this action:

*Plaintiffs*

    FAIRFAX COUNTY, VIRGINIA

    CHARLESTON COUNTY SCH. DIST., SOUTH CAROLINA

    CITY OF FALL RIVER, MASSACHUSETTS

    STATE OF MISSISSIPPI

*Defendants*

    FIRST SOUTHWEST COMPANY

    GE FUNDING CAPITAL MARKET SERVICES, INC.

    TRINITY FUNDING CO. LLC

    WACHOVIA BANK, N.A.

    AIG FINANCIAL PRODUCTS CORP.

    AIG SUNAMERICA LIFE ASSURANCE CO.

    SOCIETE GENERALE SA

    LEHMAN BROTHERS INC.

    JP MORGAN CHASE & CO.

    BEAR, STEARNS & CO., INC.

I also certify that I caused true and correct copies of the foregoing document to be sent by first class mail, postage pre-paid, to those parties who have not appeared in the action as follows:

**CAIN BROTHERS & CO., LLC**
360 Madison Avenue
5th Floor
New York, NY  10017

DOCSNY-313564v02

**CDR FINANCIAL PRODUCTS**
9777 Wilshire Boulevard, Suite 800
Beverly Hills, CA  90212

**FELD WINTERS FINANCIAL LLC**
15260 Ventura Boulevard, Suite 800
Suite 2220
Sherman Oaks, CA  91403

**FINANCIAL GUARANTY INSURANCE COMPANY**
125 Park Avenue
New York, NY  10017

**FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD**
31 West 52nd Street
New York, NY  10019

**FINANCIAL SECURITY ASSURANCE, INC.**
31 West 52nd Street
New York, NY  10019

**GENWORTH FINANCIAL INC.**
6620 W. Broad Street
Richmond, VA  23230

**GEORGE K. BAUM & CO.**
4801 Main Street
Suite 500
Kansas City, MO  64112

**INVESTMENT MANAGEMENT ADVISORY GROUP, INC.**
886 Vaughn Road
Pottstown, PA  19464

**KINSELL NEWCOMB & DE DIOS INC.**
2776 Gateway Road
Carlsbad, CA  92009

DOCSNY-313564v02

**MERRILL LYNCH & CO, INC.**
4 World Financial Center
250 Vesey Street
New York NY 10080


**MORGAN KEEGAN & CO., INC.**
50 N. Front Street
Memphis, TN  38103


**MORGAN STANLEY**
1585 Broadway
New York NY 10036


**NATIXIS FUNDING CORP.**
9 West 57th Street
36th Floor
New York, NY  10019


**NATIXIS S.A.**
45 Rue Saint-Dominique
75007 Paris
FRANCE


**PACKERKISS SECURITIES, INC.**
Fifteen North East Fourth Street
Suite A
Delray Beach, FL  33444


**PIPER JAFFRAY & CO.**
800 Nicollet Mall
Suite 800
Minneapolis, MN  55402-7020


**SECURITY CAPITAL ASSURANCE INC.**
AS Cooper Building
26 Reid Street, 4th Floor
Hamiton, HM 11, Bermuda


**SHOCKLEY FINANCIAL CORP.**
2229 S. Joliet Way
Aurora, CO  80014

-5-

**SOUND CAPITAL MANAGEMENT, INC.**
6400 Flying Cloud Drive
Suite 210
Eden Prarie, MN  55344


**UBS AG**
Bahnhofstrasse 45
CHH-8098
Zurich, Switzerland


**WINTERS & CO. ADVISORS, LLC**
11845 W. Olympic Boulevard
Suite 540
Los Angeles, CA  90064


**XL ASSET FUNDING LLC**
20 N. Martingale Road, Suite 200
Schaumberg, IL 60173-2415


**XL LIFE INSURANCE & ANNUITY COMPANY**
20 N. Martingale Road, Suite 200
Schaumberg, IL 60173-2415


**MGIC**
250 E. Kilbourn Ave.,
Milwaukee, WI 53202


                   /s/ Christina J. DeVries
                Christina J. DeVries