Case No. 08 CV 00432

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
Obergericht Zürich
Internationale Rechtshilfe
(Bitte Ref.Nr. immer angeben)

*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

WR 080696

*Convention relative à la signification et à la notification à l'éranger des actes judiciares ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE CANTON OF<br>ZURICH<br>Obergericht des Kantons Zürich<br>Zentralbehörde Rechtshilfe Zivilsachen<br>Hirschengraben 15<br>8021 Zürich<br>SWITZERLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précité, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    UBS AG (No. CH-270.3.004.646-4)

Bahnhofstrasse 45, 8098 Zürich, SWITZERLAND

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   **Personal (in-hand) service by a judicial officer in accordance**
**with your internal law for service of documents upon persons or entities in your territory.**

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate
as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec
l'attestation figurant au verso.*

**SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a)
OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.**

List of documents

*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | Done at  Leawood, Kansas, U.S.A. , the  *8 May 2008* |
| "Certificate" (unexecuted), in duplicate | *Fait à _____ , le* |
| "Summary" with Attachment "A," in duplicate | Signature and/or stamp. |
| "Notice," in duplicate | *Signature et/ou cachet.* |
| Summons in a Civil Action, in English and German, in duplicate | |
| Civil Cover Sheet with Attachments, in English and German, in | |
| duplicate | |
| Certificate Required by LCvR 7.1 of the Local Rules of the U.S. | |
| District Court for the District of Columbia, in English and | |
| German, in duplicate | |
| Class Action Complaint, in English and German, in duplicate | |

*Delete if inappropriate
Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

Obergericht Zürich
Internationale Rechtshilfe
(Bitte Ref.Nr. immer angeben)

**1) that the document has been served ***
*1. que la demande a été exécutée*

**WR 080696**

- the (date)
- *le (date)*        May 22, 2008 (5/22/2008)

- at (place, street, number)
- *à (localité, rue numéro)*   8001 Zürich, Bahnhofstrasse 45

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method*:   Personal service by a community
   *b) selon la forme particulière suivante :*   clerk (officer)

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)   Mr. Urs Wenzel, Mr. Moritz (...)
-*(identité et qualité de la personne)*

-relationship to the addressee (family, business, or other):   Legal representatives of the
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*   company

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants :*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15          , the   5/29/2008
Postfach               *Done at*
8021 Zürich (Schweiz)        , le

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and / or stamp.
*Signature et / ou cachet.*

*Delete if inappropriate.
Rayer les mentions inutiles.*

# Obergericht des Kantons Zürich



Ord. Nr. 11/08

## Récépissé - Empfangsbescheinigung - Ricevuta - Receipt - Recibo

| | |
|---|---|
| Affaire no:<br>Geschäfts-Nr.:<br>Affare n.:<br>Case no:<br>Nr. de expediente: | **WR080696**<br><br>Zürich, 21. Mai 2008 |
| Autorité requérante<br>Ersuchende Behörde<br>Autorità richiedente<br>Issuing Authority<br>Autoridad requeriente | **Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Hirschengraben 15<br>8001 Zürich (Schweiz)<br>Briefadresse: Postfach 2401, 8021 Zürich (Schweiz)** |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | In Sachen: Fairfax County VA et al. vs. Wachovia Bank N.A. et al.<br>(Verfahren Nr. 08 CV 00432)<br><br>Betreffend: Antrag auf Gruppenklage/ Schadenersatz |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | - Summary of the document to be served<br>- Notice<br>- Summons in a civil action<br>- Civil Cover Sheet<br>- Beilagen<br>- Certificate required by LCvR 7.1. |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | englisch/deutsch |
| Nom et domicile de la personne à laquelle la notification doit être faite<br>Name und Wohnort der Person, für welche die Zustellung bestimmt ist<br>Nome e domicilio della persona alla quale deve essere fatta la notifica<br>Name and address of the person upon whom service shall take place<br>Filiación y dirección del destinatario | UBS AG<br>z. Hd. eines gesetzlichen Vertreters<br>Bahnhofstr. 45<br>8001 Zürich |
| Date de la notification et signature du destinataire<br>**Datum der Zustellung und Unterschrift des Empfängers**<br>Data della notifica e firma del destinatario<br>**Date of service and signature of receiver**<br>Fecha de la notificación firma del destinatario | 22. 5. 08<br><br>UBS AG<br>Urs WENZEL     Moritz ...<br><br>*Bitte Datum und Unterschrift leserlich anbringen. Der Name der unterzeichnenden Person sollte entzifferbar sein.* |

- 2 -

Falls ein gesetzlicher Vertreter der Firma die Annahme verweigern möchte, bitte nachfolgend die Verweigerungsgründe aufführen:

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

..............................................................................................................................

Ort und Datum:                                        Unterschrift:

.....................................                     .....................................



Case No. 08 CV 00432

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

Obergericht Zürich
Internationale Rechtshilfe
(Bitte Ref.Nr. immer angeben)

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

WR 080696

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :*   FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities, *Plaintiffs*
WACHOVIA BANK N.A.; AIG FINANCIAL PRODUCTS CORP, et al., *Defendants*

## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned and required to serve upon Plaintiff's Attorney (Cohen, Milstein, Hausfeld & Toll,
P.L.L.C.) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  Any Answer the
Defendant serves on the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States
District Court, District of Columbia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of
Columbia 20001, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve upon Plaintiff's Attorney (Cohen, Milstein, Hausfeld &
Toll, P.L.L.C.) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  If
Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint.  Any Answer the Defendant
serves on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
    *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
    *Rayer les mentions inutiles.*

3

*U.S. Government Printing Office: 1990-262-211/15202

  **LEGAL LANGUAGE SERVICE**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

**May 8, 2008**
*8. Mai 2008*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück wie folgt bezeichnet:*

**Summons in a Civil Action**
*Vorladung in einer Zivilklage*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Andrew Dyck, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Andrew Dyck, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this May 8, 2008.**
*Vor mir unterzeichnet und beeidigt am 8. Mai 2008.*

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

AO 440 (Rev. 8/01) Vorladung in einer Zivilklage

# BEZIRKSGERICHT DER VEREINIGTEN STAATEN

Bezirk Columbia

Bezirk Fairfax, Virginia et al.

gg.

Wachovia Bank N.A. et al.

## VORLADUNG IN EINER ZIVILKLAGE

FALL-NR.: Zivilklage Nr. 08-432 ~~EGS~~ *RMC*

AN: (Name und Adresse des Beklagten)
UBS AG
Bahnhofstrasse 45
CH-8098
Zürich, Schweiz

**SIE WERDEN HIERMIT VORGELADEN** und es wird von Ihnen verlangt, daß Sie dem
RECHTSANWALT DES KLÄGERS (Name und Adresse)

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005

innert _____20_____ Tage nach Zustellung dieser Vorladung an Sie, den Tag der Zustellung nicht mitgerechnet, eine Erwiderung auf die Klage, die Ihnen samt dieser Vorladung zugestellt wird, zukommen lassen. Falls Sie es unterlassen, dies zu tun, wird gegen Sie ein Versäumnisurteil über die in der Klage geforderten Rechtsmittels erlassen. Jede Erwiderung, die Sie den an dieser Klage beteiligten Parteien zustellen, muss auch bei der Justizbeamtin dieses Gerichts innert angemessener Frist nach der Zustellung eingereicht werden.

[stempel]

NANCY MAYER-WHITTINGTON
JUSTIZBEAMTIN

21. MÄRZ 2008
DATUM

[UNTERSCHRIFT]
(Gez.) STELLVERTRETENDE JUSTIZBEAMTIN

AO 440 (Rev. 8/01) Vorladung in einer Zivilklage

| BESCHEINIGUNG ÜBER ZUSTELLUNG | |
|---|---|
| Zustellung der Vorladung und der Klage erfolgte durch mich[1] | DATUM |
| NAME DES ZUSTELLERS (DRUCKSCHRIFT) | TITEL |

*Ein untenstehendes Kästchen abhaken, um die relevante Zustellungsweise anzugeben*

☐ Dem Beklagten durch mich persönlich zugestellt. Ort, wo zugestellt:

☐ Habe Kopien derselben bei der Wohnung des Beklagten hinterlassen oder beim gewöhnlichen Aufenthaltsort bei einer Person angemessenen Alters und der angemessenen Urteilskraft, die dann dort wohnte.
Name der Person, bei der die Vorladung und Klage hinterlassen wurden:

☐ Unzugestellt zurückgebracht:

☐ Sonstiges (angeben):

| ERKLÄRUNG ÜBER DIE ZUSTELLUNGSGEBÜHREN | | |
|---|---|---|
| REISEKOSTEN | DIENSTE | SUMME 0,00 |

| ERKLÄRUNG DES ZUSTELLERS |
|---|

Ich erkläre unter Androhung der Strafe wegen Meineids nach den Gesetzen der Vereinigten Staaten von Amerika, daß die vorstehenden in der Bescheinigung der Zustellung und Erklärung der Zustellungsgebühren enthaltenen Informationen wahr und richtig sind.

Unterzeichnet am_____    _____
                    Datum    *Unterschrift des Zustellers*

                                 _____
                                 *Adresse des Zustellers*

(1) Darüber, wer eine Vorladung zustellen darf, siehe die 4. Regel der Bundeszivilprozessordnung.