SFP: 2008-3068
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **24 April 2008**
que le demande a ete executee       le (date)

-at (place, street, number)          NATIONAL WESTMINSTER BANK PLC
-a (localite, rue, numero)           135 BISHOPSGATE
                                     LONDON
                                     EC3M 3UR

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
**X- a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention**
**selon les formes legales (article 5, alinea premier, lettre a)**

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to: **ALEXANDER BOUCUIER**

Les documents mentionnes dans la demande ont ete remis a: **SOLICITOR GROUP LEGAL GBM**
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   **Authorised to accept Service on behalf of**
- liens de parente de subordination ou autres avec             **Company**
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned                              Done at London
Pieces renvoyees                                fait a

in appropriate cases, documents                 the 9 May, 2008
establishing the service:                       le
le cas echeant, les documents
justicatifs de l'execution:                     Signature and/or stamp
                                                Signature et/ou cachet:



# SUMMARY OF THE DOCUMENT TO BE SERVED
## ELEMENTS ESSENTIELS DE L'ACTE

2008 - 3068

zuzusterlen – to be served
à signifier – da notificar

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties\*:**
*Identité des parties :* FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities, *Plaintiffs*
WACHOVIA BANK N.A.; AIG FINANCIAL PRODUCTS CORP, et al., *Defendants*

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* See Attachment "A."

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :* Defendant is summoned and required to serve upon Plaintiff's Attorney (Cohen, Milstein, Hausfeld & Toll, P.L.L.C.) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. Any Answer the Defendant serves on the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court, District of Columbia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment\*\*:**
*Date de la décision :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* Defendant is summoned and required to serve upon Plaintiff's Attorney (Cohen, Milstein, Hausfeld & Toll, P.L.L.C.) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint. Any Answer the Defendant serves on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

3

Case No. 08 CV 00432

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiffs Fairfax County, Virginia, State of Mississippi, City of Chicago, Illinois, City of Fall River, Massachusetts, Charleston County School District, South Carolina, Berkeley County, South Carolina and Alabama State University bring this class action complaint on behalf of themselves and all other similarly situated entities in the United States that purchased by competitive bidding or auction Municipal Derivatives in the United States and its territories directly from the named Provider Defendants, Broker Defendants and/or co-conspirator Bank of America in the period from January 1, 1992 through the present (the "Class Period"). Plaintiffs allege that during the Class Period, Defendants conspired to not compete and to rig bids for Municipal Derivatives sold to issuers of Municipal Bonds, in violation of the Sherman Act, 15 U.S.C. § 1. As a result of the alleged unlawful conduct of Defendants and their co-conspirators, Plaintiffs claim that they and other members of the Class have been injured in their business and property, in that they received lower interest rates on these contracts than they would have in a competitive market, and paid higher fees than they otherwise would have absent the alleged illegal combination and conspiracy, which restrained competition.

Plaintiffs pray for the following relief: that the Court determine that this action may be maintained as a class action; that the Defendants' contract, combination or conspiracy be adjudged in *per se* violation of the Sherman Act; treble damages together with costs of this action, including attorneys' fees; pre- and post-judgment interest; and such other relief as this Court may order.

**NOTICE**
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

NATIONAL WESTMINISTER BANK PLC
(Company No. 00929027)
135 Bishopsgate
London EC2M 3UR
UNITED KINGDOM

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720